## IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
#### Raleigh DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.:  11-00133-8-JRL |
| | ) | CHAPTER 13 |
| LINDSEY MICHELLE HARRIS | ) | |
| | ) | |
| Debtor | ) | |

### RESPONSE OF NORTH CAROLINA STATE EDUCATION ASSISTANCE AUTHORITY TO DEBTOR'S OBJECTION TO CLAIM NUMBER 5

NOW COMES the North Carolina State Education Assistance Authority (hereinafter "the NCSEAA"), by and through its attorneys, Roy Cooper, Attorney General of the State of North Carolina, and Brent D. Kiziah, Assistant Attorney General, hereby responds to the Debtor's Objection to Court Claim Number 5 as follows:

1.    Debtor obtained Loans to finance her education through North Carolina's Federal Family Education Loan Program.  The loans are governed by the Higher Education Act of 1965, as amended, 20 U.S.C. §1071 *et seq*., and the applicable federal regulations promulgated under that Act.  A copy of the Master Promissory Note is attached hereto as Exhibit A (except social security number, date of birth and driver's license number has been deleted).  Debtor received two unsubsidized loans under the Federal Stafford Loan Program: Loan No. 1 in the amount of $2,625.00 dated April 25, 2005 and Loan No. 4 in the amount of $3,500.00 dated May 24, 2006, for her attendance at East Carolina University.  Copies of the Disclosure of Loan Approval and Repayment Information are attached as Exhibit A1 (Loan No. 1) and Exhibit A2 (Loan No. 4).

2.    Debtor obtained Loans to finance her education through North Carolina's EXTRA Education Loan Program as evidenced by the attached Loan Application and Promissory Notes and Disclosure Statements.  Copies of the Loan Application and Promissory notes are attached hereto as Exhibit B (Loan No. 2), Exhibit C (Loan No. 3), Exhibit D (Loan No. 5), Exhibit E (Loan No. 6), Exhibit F (Loan No. 7), Exhibit G (Loan No. 8), Exhibit H (Loan No. 9), Exhibit I (Loan No. 10) and Exhibit J (Loan No. 11) (except social security numbers, dates of birth and drivers' license numbers have been deleted).  Copies of the Disclosure Statements are attached as Exhibit B1 (Loan No. 2), Exhibit C1 (Loan No. 3), Exhibit D1 (Loan No. 5), Exhibit E1 (Loan No. 6), Exhibit F1 (Loan No. 7), Exhibit G1 (Loan No. 8), Exhibit H1 (Loan No. 9), Exhibit I1 (Loan No. 10) and Exhibit J1 (Loan No. 11).

3.    NCSEAA filed a proof of claim in this case on or about May 13, 2011.  The proof of claim accurately indicates the total amount due on Debtor's student loans owed to the NCSEAA which amount includes principal, interest, fees and costs as required by the Higher Education Act, the federal regulations and pursuant to the rules and regulations of the EXTRA Education Loan Program.

4.      Debtor on or about May 19, 2011, objected to the proof of claim filed by NCSEAA alleging that she did not sign the North Carolina's EXTRA Education Loan Application and Promissory Notes for Loan No. 3 dated 2/27/06, Loan No. 5 dated 5/2/06, Loan No. 6 dated 3/19/07, Loan No. 7 date 5/3/07, Loan No. 8 date 3/25/08, Loan No. 9 dated 7/15/08, Loan No. 10 dated 8/26/08 and Loan No. 11 dated 3/24/09.

5.      Pursuant to 11 U.S.C. §502(a), a proof of claim is deemed allowed unless a party in interest objects.  If an objection is made, the court, after notice and hearing, shall determine whether to allow the claim.  11 U.S.C. §502(b).

6.      A validly filed proof of claim constitutes prima facie evidence of the claim's validity and amount.  <u>Fed. R. Bankr. P.</u> 3001(f).  The burden of proof is on the objector to produce evidence and show facts tending to defeat the claim by probative force equal to the allegations of the proofs of claim themselves.  <u>In re Holm</u>, 931 F.2d 620, 623 (9th Cir. Cal. 1991).  The objecting party has the burden to meet, overcome, or at minimum, equalize the valid claim.  <u>In re Frank</u>, 322 B.R. 745, 754 (Bankr. M.D.N.C. 2005)

7.      That NCSEAA lacks firsthand knowledge of whether Debtor actually executed each document with her signature or authorized the affixation of her signature by another person.

8.      That NCSEAA, based on the affixed signature of borrower on each of the disputed promissory notes, did disburse the funds, to Debtor or to East Carolina University, on behalf of Debtor, as indicated on the EXTRA promissory notes and further evidenced by the corresponding disclosure statements.

9.      That Debtor, based on information and belief, did utilize the funds to pay for her tuition, books and fees at East Carolina University and any remaining sums for general living expenses.

10.      That Debtor is required to prove by a preponderance of the evidence that she did not sign or that she did not authorize her signature be affixed to the promissory notes and that she did not receive the loan proceeds from the disputed promissory notes.

11.      That the entire amount stated on NCSEAA's proof of claim, including each loan application and promissory note that debtor lacks knowledge of signature and contends fraud but which funds were disbursed to her for use to pay for tuition, books, fees, etc., including general living expenses are exempted from discharge pursuant to 11 U.S.C. § 523 (a)(8).

12.      That NCSEAA has a policy and procedure for handling allegations when an individual claims that he/she did not execute the promissory notes and claims fraud.  The policy and procedure requires the individual to provide evidence of such fraud by presenting a true copy of a police report he/she filed regarding the alleged fraud and stating on the report who is the suspected individual that may have committed such fraud.  In the alternative, the policy and procedure requires a Court verdict or judgment showing he/she did not sign said promissory notes.

WHEREFORE, NCSEAA respectfully requests the Court to deny Debtor's objection to the NCSEAA's claim and set this matter for hearing and for such other relief as the Court deems appropriate.

This the _2_ day of June, 2011.

Respectfully submitted,

ROY COOPER
ATTORNEY GENERAL

Brent D. Kiziah
Assistant Attorney General
P.O. Box 12812
Research Triangle Park,
NC  27709-2812
(919) 549-8614
Email:  Brent@ncseaa.edu
N.C. State Bar No.:  13008

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**Raleigh DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.:  11-00133-8-JRL |
| | ) | CHAPTER 13 |
| LINDSEY MICHELLE HARRIS | ) | |
| | ) | |
| Debtor | ) | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing RESPONSE TO DEBTOR'S OBJECTION TO CLAIM was this day served upon the following persons by depositing same in the United States mail, postage prepaid, and addressed as follows:

VIA Electronic Filing
Ryan Dyson, Esq.
Ryan Dyson, PLLC
8520 Six Forks Road, Suite 101
Raleigh, NC 27615

VIA Electronic Filing
Trawick H. Stubbs, Jr.
Chapter 13 Trustee
PO Box 1618
New Bern, NC  28563

This the 7 day of June, 2011.

ROY COOPER
ATTORNEY GENERAL

Brent D. Kiziah
Assistant Attorney General
P.O. Box 12812
Research Triangle Park,
NC  27709-2812
(919) 549-8614
N.C. State Bar No.:  13008

**Federal Family Education Loan Program (FFELP)**

# Federal Stafford Loan
# Master Promissory Note

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines, imprisonment, or both, under the United States Criminal Code and 20 U.S.C. 1097.

Guarantor, Program, or Lender Identification

## 69207 Web

Loans insured by the
North Carolina State
Education Assistance Authority

OMB No. 1845-0006
Form approved
Exp. date 9-30-2005

**CFI**
*College Foundation, Inc.*



## Borrower Information
*Please print neatly or type. Read the Instructions carefully.*

| 1. Last Name | First Name | MI | 2. Social Security Number |
|---|---|---|---|
| HARRIS | LINDSEY | M | |

| 3. Permanent Street Address (If P.O. Box, see instructions.) | | | 4. Home Area Code/Telephone Number | 5. Date of Birth (Month/Day/Year) |
|---|---|---|---|---|
| 1128 HWY 903 SOUTH | | | ( 252 ) 747-3709 | |

| City | State | Zip Code | 6. Driver's License State and Number | 7. E-mail Address |
|---|---|---|---|---|
| SNOW HILL | NC | 28580 | State NC | PENNYH@HILLCO.COM |

| 8. Lender Name | City | State | Zip Code | 9. Lender Code, if known |
|---|---|---|---|---|
| College Foundation, Inc.   P.O. Box 41977 | Raleigh | NC | 27629-1977 | 807037 |

**10. References:** You must provide two separate references with different U.S. addresses. The first reference should be a parent (if living) or legal guardian. Both references must be completed in full.

| | A. | B. |
|---|---|---|
| Name | Penny   1   Harris | Marguerite   Everett |
| Permanent Address | 1128 Hwy 903 South | 1570 Hwy 123 South |
| City, State, Zip Code | Snow Hill   NC   28580 | Snow Hill   NC   28580 |
| E-mail Address | pennyh@hillco.com | marge@hillco.com |
| Area Code/Telephone Number | ( 252 ) 747-3709 | ( 252 ) 747-2202 |
| Relationship to Borrower | Parent | Friend |

| 11. Requested Loan Amount: I request a total amount of subsidized and unsubsidized loans under this Master Promissory Note not to exceed the allowable maximums under the Higher Education Act. My school will notify me of the type(s) and amount(s) of loan(s) that I am eligible to receive. I may cancel my loan or request a lower amount by contacting my lender or school. Additional information about my right to cancel a loan or request a lower amount is included in the Borrower's Rights and Responsibilities Statement and Disclosure Statements that have been or will be provided to me. | 12. Interest Payments (Optional): ☒ I want to pay unsubsidized interest while I am in school. |
|---|---|

## Borrower Certifications and Authorizations
*Read carefully before signing below.*

**13.** Under penalty of perjury I certify that:

**A.** The information I have provided on this Master Promissory Note and as updated by me from time to time is true, complete, and correct to the best of my knowledge and belief and is made in good faith.

**B.** I will immediately repay any loan proceeds that cannot be attributed to educational expenses for attendance on at least a half-time basis at the school that certified my loan eligibility.

**C.** (i) I do not now owe an overpayment on a Federal Pell Grant, Supplemental Educational Opportunity Grant, or a Leveraging Educational Assistance Partnership Grant (formerly State Student Incentive Grant); or, if I owe an overpayment, I have made repayment arrangements with the holder to repay the amount owed. (ii) I am not now in default on any loan received under the Federal Perkins Loan Program (including NDSL loans), the Federal Direct Loan Program, or the Federal Family Education Loan Program ("FFELP" as defined in the Borrower's Rights and Responsibilities Statement); or (iii) I am in default on a loan, and I have made satisfactory arrangements with the holder of the defaulted loan.

**14.** For all subsidized and unsubsidized Federal Stafford Loans (as described in the additional MPN provisions and the Borrower's Rights and Responsibilities Statement) I receive under this Master Promissory Note, and for certain other loans as described below, I make the following authorizations:

**A.** I authorize my school to certify my eligibility for loans under this Master Promissory Note.

**B.** I authorize my school to transfer loan proceeds received by electronic funds transfer (EFT) or master check to my student account.

**C.** I authorize my school to pay to the lender any refund that may be due up to the full amount of the loan(s).

**D.** I authorize the lender, the guarantor, or their agents, to investigate my credit record and report information concerning my loan status to persons and organizations permitted by law to receive such information.

**E.** I request and authorize my lender to: (i) during the in-school and grace periods of any loans made under this Master Promissory Note, defer and align the repayment of principal on all of my FFELP loans that are in repayment status; and (ii) add unpaid interest that accrues on all my FFELP loans to the principal balance of such loans ("capitalization") including such loans made under this Master Promissory Note, during forbearance periods, and for unsubsidized loans, during in-school, grace, and deferment periods as provided under the Act. "Capitalization" will increase the principal balance on my loans and the total amount of interest charges I must pay.

**F.** I authorize the release of information pertinent to my loans: (i) by the school, the lender, and the guarantor, or their agents, to the references on the applicable loans and to members of my immediate family unless I submit written directions otherwise; and, (ii) by and among my schools, lenders, guarantors, the Department of Education, and their agents.

**G.** So that the loans requested can be approved, I authorize the Department of Education to send any information about me that is under its control, including information from the Free Application for Federal Student Aid, to the school, the lender, and to state agencies and nonprofit organizations that administer financial aid programs under the FFELP.

## Promise to Pay
*In this Master Promissory Note (MPN), "lender" refers to, and this MPN benefits, the original lender and its successors and assigns, including any subsequent holder of this MPN.*

**15.** I promise to pay to the order of the lender all loan amounts disbursed under the terms of this MPN, plus interest and other charges and fees that may become due as provided in this MPN. **I understand that multiple loans may be made to me under this MPN.** I understand that by accepting any disbursements issued at any time under this MPN, I agree to repay the loans. I understand that, within certain time frames, I may cancel or reduce the amount of any loan by refusing to accept or by returning all or a portion of any disbursement that is issued. Unless I make interest payments, interest that accrues on my unsubsidized loans during in-school, grace, and deferment periods will be added as provided under the Act to the principal balance of such loans. If I do not make any payment on any loan made under this MPN when it is due, I will also pay reasonable collection costs, including but not limited to attorney's fees, court costs, and other fees. I will not sign this MPN before reading the entire MPN, even if I am told not to read it, or told that I am not required to read it. I am entitled to an exact copy of this MPN and the Borrower's Rights and Responsibilities Statement. My signature certifies I have read, understand, and agree to the terms and conditions of this MPN, including the Borrower Certifications and Authorizations printed above, the Notice About Subsequent Loans Made Under This MPN, and the Borrower's Rights and Responsibilities Statement.

**I UNDERSTAND THAT I MAY RECEIVE ONE OR MORE LOANS UNDER THIS MPN, AND THAT I MUST REPAY ALL LOANS THAT I RECEIVE UNDER THIS MPN.**

| 16. Borrower's Signature   *Lindsey Adams* | 17. Today's Date (Month/Day/Year)   4/14/05 |
|---|---|

*Additional MPN provisions follow*
SEAA CFI Form N400 (02/04)b

APR 19 2005

Exhibit A1

**CFI®**
*College Foundation, Inc.*

**Disclosure of Loan Approval and Repayment Information
For Loans Made By College Foundation Inc. (CFI) Under
North Carolina's Federal Family Education Loan Program**
*Insured by the North Carolina State Education Assistance Authority*

32998

**Your loan is funded by**                   THE
                             NORTH CAROLINA STATE EDUCATION ASSISTANCE AUTHORITY (OWNER)
**Borrower's ACCT #**      899479800          LN#   1      4/25/05      0997807-0020622

| For |
|---|
| HARRIS, LINDSEY M<br>1128 HWY 903 S<br><br>SNOW HILL                  NC   28580 |

---

### SECTION A.  Loan Approval Information

- **Loan Type** [a]  UNSUBSIDIZED FEDERAL STAFFORD LOAN
- **Loan Amount Approved** [a]   $  2,625.00        **For enrollment at**
- **Loan Period**   8/24/05 TO  5/04/06                      2923-00
- **Insurance Fee** [a]          .00 PERCENT        EAST CAROLINA UNIV
- **Origination Fee** [a]        .00 PERCENT
- **Anticipated Graduation Date**   5/30/09
- **Length of Grace Period** [a]      6 MONTHS
- **Interest Rate** [a]    2.77 VARIABLE RATE

    THIS LOAN IS NOT ELIGIBLE FOR FEDERAL INTEREST SUBSIDY

(a) See reverse for explanation

### SECTION B.  Disbursement Information

| Disbursement<br>Schedule | Estimated Date<br>of Disbursement | Loan<br>Principal | - [Insurance Fee] | + Origination Fee] | = Check Amount |
|---|---|---|---|---|---|
| DISB 1 | 9/23/05 | $ 1,312.50 | $      .00 | $      .00 | $ 1,312.50 |
| DISB 2 | 1/03/06 | $ 1,312.50 | $      .00 | $      .00 | $ 1,312.50 |
| TOTAL |  | $ 2,625.00 | $      .00 | $      .00 | $ 2,625.00 |

---

### SECTION C.  Repayment Information   (Applicable only for PLUS Loans)

- **Amount to be Paid for this Loan:**
  1. Unpaid principal balance (as of "repayment period start date"). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $
  2. ADD accrued unpaid interest capitalized to date. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
  3. EQUALS principal amount to be paid. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
  4. ADD interest payable during repayment period (estimated) [b]. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
  5. EQUALS total amount to be paid for this loan (estimated) [b]. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $
- **Repayment Period Start Date**  END OF GRACE PERIOD (Interest begins to accrue at 1st Disb.)
- **Payment Schedule for this Loan**--Note: if you have other SLS/PLUS Loans in repayment with CFI and requested "Refinancing to Obtain a Combined Payment," we will send you a "Repayment Schedule" showing the combined payment covering all loans.

| Number of Payments | Amount of Payments | When the Payments Are Due [b] |
|---|---|---|
|  |  |  |

(b) If you pay late (after the day of the month specified here) or repay your loan over a longer period than estimated here, you must pay more because you are charged interest on the unpaid principal balance on a daily basis. If you pay ahead of this schedule, you will pay less because you will owe less interest. You may--without penalty--prepay all or any part of the principal of your loan at any time: you are charged interest on a daily basis. only on the unpaid principal balance (if you pay off your loan early, you may be entitled to a rebate of any unearned interest that you have paid).

### SECTION D.  Financial Planning and Debt Management Information

- **Total Obligation to CFI (including this approved loan amount)--**

| - Stafford Loans. . . . . . . . . $ | 2,625.00 | Note: This amount does not include any amounts you may owe for these types |
|---|---|---|
| - SLS. . . . . . . . . . . . . . . | .00 | of loans held by other lenders, other types of loans, or any Consolidation Loan |
| - PLUS Loans. . . . . . . . . . . | .00 | from CFI.  To project your total monthly payment obligation to CFI, please |
| Total as of this Date. . . . . . $ | 2,625.00 | follow the instructions with the payment table on the reverse. |

**If you have any questions, please contact CFI at the address or telephone numbers shown on reverse.**

## Explanation of Items in Sections A, B, and C

*Please refer to your Master Promissory Note and Rights and Responsibilities Statement for additional information concerning your loan.*

### Loan Amount Approved

As explained in your Borrower's Rights and Responsibilities Statement and and the Plain English Disclosure, if you want to borrow less than the Loan amount Approved, you may request a decrease, decline a disbursement, or return some of the loan proceeds.

### Insurance Fee

An insurance fee of up to 1 percent may be charged. If applicable, CFI will deduct it from each disbursement and send it to the N.C. State Education Assistance Authority, the guarantee agency.

### Origination Fee

The loan origination fee, which is set by the Congress, is a percentage of the loan amount and is deducted from the loan proceeds. This charge is used to offset part of the Federal government's cost for the loan. The loan origination fee is 3 percent.

### Interest Rate

- Interest on Stafford Loans and PLUS Loans is simple interest calculated on the daily unpaid principal balance.
- If you have loans at a variable interest rate, CFI will notify you annually of the interest rate which will apply to your loan for the next July 1 - June 30 period.
- For Stafford Loans made on or after July 1, 1998, the variable rate for each 12-month period will be equal to the bond equivalent rate of 91-day Treasury Bills auctioned at the final auction prior to June 1, plus 1.7%. During the repayment period, the rate will be 0.6% higher. The rate may not exceed the statutory limit of 8.25%. Outstanding Stafford Loans that were made prior to July 1, 1998, may have a different interest rate.
- For PLUS Loans made on or after July 1, 1998, the variable rate for each 12-month period will be equal to the bond equivalent rate of 91-day Treasury Bills auctioned at the final auction held prior to June 1, plus 3.1%. The rate may not exceed the statutory limit of 9%. Outstanding PLUS Loans that were made prior to July 1, 1998, may have a different interest rate.

### Repayment

- **For Stafford Loans**, you are expected to begin repaying at the end of the grace period. The grace period ends and the repayment period begins 6 months after you "leave school." NOTE: You "leave school" if you fall below one-half the normal full-time academic workload (as determined by your school). You must notify CFI when you are no longer enrolled at least half-time.
  - **For subsidized Stafford Loans**, the interest is paid by the Federal government until the grace period ends. After the grace period ends, CFI will send you monthly statements.
  - **For unsubsidized Stafford Loans**, the Federal government does **not** pay the interest. You are responsible for the interest that accrues from the date CFI makes each disbursement. CFI will send you monthly statements after the first disbursement is made. While you are enrolled (at least half-time), you may **either** pay the interest as it accrues or capitalize it. If you ask CFI to capitalize interest, the accrued interest will become part of the loan principal balance, which you must begin repaying after the end of the grace period.
- **For PLUS Loans**, since there is no interest subsidy, you are responsible for payment of the interest from the date CFI makes the first disbursement of the loan. CFI will send you monthly statements after the first disbursement is made. However, if you are eligible to defer payments on your loan for enrollment in the same options as described for unsubsidized Stafford loans (to either pay or capitalize

the interest that accrues on your principal balance during your deferment period).

### Financial Planning

To determine an estimate of your monthly payments, locate the interest rate column that is closest to the maximum allowable interest rate on your loan. Then, locate the amount that you have borrowed or anticipate borrowing during your entire enrollment period. If your "total obligation" is not shown, you can add two totals together to get a closer approximation of your payment. For example, if your estimated total obligation is $17,000 (with a variable rate capped at 8.25 percent), select the payment amount for a $10,000 obligation ($121.33) and add it to the payment amount for a $7,000 obligation ($84.93). If you add these two figures together ($121.33 + $84.93), you will see that the estimated monthly payment on your $17,000 obligation would be $206.26. This payment chart is based on the maximum allowable repayment period of 10 years (except for those with repayment periods limited by the $50 minimum monthly payment).

| | **TABLE OF ESTIMATED MONTHLY PAYMENT AMOUNTS** | | | | | |
|---|---|---|---|---|---|---|
| **Total Obligation** | **Monthly Payment Based on Approximate Interest Rate** | | | | | |
| | **7%** | **8%** | **9%** | **10%** | **11%** | **12%** |
| $ 4,000* | * | * | 50.68 | 52.87 | 55.11 | 57.39 |
| $ 5,000 | 58.06 | 60.67 | 63.34 | 66.08 | 68.88 | 71.74 |
| $ 6,000 | 69.67 | 72.80 | 76.01 | 79.30 | 82.66 | 86.09 |
| $ 7,000 | 81.28 | 84.93 | 88.68 | 92.51 | 96.43 | 100.43 |
| $ 8,000 | 92.89 | 97.07 | 101.35 | 105.73 | 110.21 | 114.78 |
| $ 9,000 | 104.50 | 109.20 | 114.01 | 118.94 | 123.98 | 129.13 |
| $ 10,000 | 116.11 | 121.33 | 126.68 | 132.16 | 137.76 | 143.48 |
| $ 15,000 | 174.17 | 182.00 | 190.02 | 198.23 | 206.63 | 215.21 |
| $ 20,000 | 232.22 | 242.66 | 253.35 | 264.31 | 275.51 | 285.95 |
| $ 25,000 | 290.28 | 303.32 | 316.69 | 330.38 | 344.38 | 358.68 |

*Even if the total obligation is $4,000 or less, monthly payments must be at least $50 (except in the case of some old loans with promissory notes providing for $30 minimum monthly payments).

**IF YOU HAVE QUESTIONS:**

For general information, call . . . . . . . . . . . . .   919/821-4771 or
1-888/CFI-6400

For information about repayment, call . . . . .   919/821-4743 or
1-800/722-2838

Or write to . . . . . . . . . . . . . . . . . .   ATTN: Interim Services
College Foundation Inc.
P.O. Box 41966
Raleigh, NC 27629-1966

Visit our Web site at . . . . . . . . . . . . . . . . . . . . .   www.cfnc.org

Exhibit A2



**Disclosure of Loan Approval and Repayment Information
For Loans Made By College Foundation Inc. (CFI) Under
North Carolina's Federal Family Education Loan Program**
*Insured by the North Carolina State Education Assistance Authority*

33000

Your loan is funded by THE NORTH CAROLINA STATE EDUCATION ASSISTANCE AUTHORITY (OWNER)

Borrower's ACCT # 899479800          LN# 4          5/24/06          0997807-0066034

For

HARRIS, LINDSEY M
1128 HWY 903 S

SNOW HILL          NC   28580-8215

---

**SECTION A.  Loan Approval Information**

- **Loan Type** UNSUBSIDIZED FEDERAL STAFFORD LOAN
- **Loan Amount Approved**(a)  $  3,500.00
- **Loan Period** 8/23/06 TO 5/03/07          For Enrollment at          2923-00
- **Insurance Fee** (a)    .00 PERCENT          EAST CAROLINA UNIV
- **Origination Fee**(a)    .00 PERCENT
- **Anticipated Graduation Date**  5/30/09
- **Length of Grace Period** (a)   6 MONTHS
- **Interest Rate** (a)  6.80 FIXED RATE

THIS LOAN IS NOT ELIGIBLE FOR FEDERAL INTEREST SUBSIDY

(a) See reverse for explanation

**SECTION B.  Disbursement Information**

| Disbursement Schedule | Estimated Date of Disbursement | Loan Principal | Minus | [Insurance Fee] | + Origination Fee] | = Check Amount |
|---|---|---|---|---|---|---|
| DISB 1 | 8/18/06 | $ 1,750.00 | $ | .00 | $ .00 | $ 1,750.00 |
| DISB 2 | 1/02/07 | $ 1,750.00 | $ | .00 | $ .00 | $ 1,750.00 |
| TOTAL | | $ 3,500.00 | $ | .00 | $ .00 | $ 3,500.00 |

---

**SECTION C.  Repayment Information**   (Applicable only for PLUS Loans)

- **Amount to be Paid for this Loan:**
  1. Unpaid principal balance (as of "repayment period start date")................................$
  2. ADD accrued unpaid interest capitalized to date.................................................
  3. EQUALS principal amount to be paid.................................................................
  4. ADD interest payable during repayment period (estimated) (b)...................................
  5. EQUALS total amount to be paid for this loan (estimated) (b)...................................$
- **Repayment Period Start Date**
- **Payment Schedule for this Loan**

| Number of Payments | Amount of Payments | When the Payments Are Due (b) |
|---|---|---|
| | | |

(b) If you pay late (after the day of the month specified here) or repay your loan over a longer period than estimated here, you may pay more because you are charged interest on the unpaid principal balance on a daily basis.  If you pay ahead of this schedule, you will pay less because you will owe less interest.  You may--without penalty--prepay all or any part of the principal of your loan at any time; you are charged interest on a daily basis, only on the unpaid principal balance (if you pay off your loan early, you may be entitled to a rebate of any unearned interest that you have paid).

**SECTION D.  Financial Planning and Debt Management Information**

- **Total Obligation to CFI (including this approved loan amount)—**

  - Stafford Loans..........$   6,110.08
  - SLS......................      .00
  - PLUS Loans.............      .00
  - Consolidation Loans .....      .00
  - Total as of this Date.......$   6,110.08

**Note:** This amount does not include any amounts you may owe for these types of loans held by other lenders or any other types of loans.  To project your total monthly payment obligation to CFI, please follow the instructions with the payment table on the reverse.

If you have any questions, please contact CFI at the address or telephone numbers shown on reverse.

A240 (04/06)b

# Explanation of Items in Sections A, B, and C

*Please refer to your Master Promissory Note and Rights and Responsibilities Statement for additional information concerning your loan.*

## Loan Amount Approved

As explained in your Borrower's Rights and Responsibilities Statement and the Plain Language Disclosure, if you want to borrow less than the Loan Amount Approved, you may request a decrease, decline a disbursement, or return some of the loan proceeds.

## Insurance Fee

An insurance fee of up to 1 percent may be charged. If applicable, CFI will deduct it from each disbursement and send it to the N.C. State Education Assistance Authority, the guarantee agency.

## Origination Fee

The loan origination fee, which is set by the Congress, is a percentage of the loan amount and is deducted from the loan proceeds. This charge is used to offset part of the Federal government's cost for the loan.

## Interest Rate

- Interest on Stafford Loans and PLUS Loans is simple interest calculated on the daily unpaid principal balance.
- Stafford Loans made on or after July 1, 2006, have a fixed interest rate of 6.8%. Stafford Loans made between July 1, 1998, and June 30, 2006, have a variable rate which resets annually on July 1 and is equal to the bond equivalent rate of 91-day Treasury Bills auctioned at the final auction held prior to June 1, plus 1.7%. During the repayment period, the rate will be 0.6% higher. The rate may not exceed the statutory limit of 8.25%. Outstanding Stafford Loans that were made prior to July 1, 1998, may have a different interest rate.
- PLUS Loans made on or after July 1, 2006, have a fixed interest rate of 8.5%. PLUS Loans made between July 1, 1998, and June 30, 2006, have a variable rate which resets annually on July 1, and is equal to the bond equivalent rate of 91-day Treasury Bills auctioned at the final auction held prior to June 1, plus 3.1%. The rate may not exceed the statutory limit of 9%. Outstanding PLUS Loans that were made prior to July 1, 1998, may have a different interest rate.
- If you have loans at a variable interest rate, CFI will notify you annually of the interest rate which will apply to your loan for the next July 1 - June 30 period.
- Note: If you have SLS/PLUS Loans in repayment with CFI and requested "Refinancing to Obtain a Combined Payment," we will send you a "Repayment Schedule" showing the combined payment covering all loans."

## Repayment

- For Stafford Loans, you are expected to begin repaying at the end of the grace period. The grace period ends and the repayment period begins 6 months after you fall below one-half the normal full-time academic workload (as determined by your school). You must notify CFI when you are no longer enrolled at least half-time.
  - For subsidized Stafford Loans, the interest is paid by the Federal government until the grace period ends. After the grace period ends, CFI will send you monthly statements.
  - For unsubsidized Stafford Loans, the Federal government does not pay the interest. You are responsible for the interest that accrues from the date CFI makes each disbursement. CFI will send you monthly statements after the first disbursement is made. While you are enrolled (at least half-time), you may either pay the interest as it accrues or capitalize it. Capitalization is the process where accrued unpaid interest is added to the principal balance, thus increasing total interest costs over the life of the loan.
- For PLUS Loans, since there is no interest subsidy, you are responsible for payment of the interest from the date CFI makes the first disbursement of the loan. CFI will send you monthly statements after the first disbursement is made. However, if you are eligible to defer payments on your loan for enrollment in school, you will have the same options as described for unsubsidized Stafford loans (to either pay or capitalize the interest that accrues on your principal balance during your deferment period).

## Financial Planning

To determine an estimate of your monthly payments, locate the interest rate column that is closest to the maximum allowable interest rate on your loan. Then, locate the amount that you have borrowed or anticipate borrowing during your entire enrollment period. If your "total obligation" is not shown, you can add two totals together to get a closer approximation of your payment. For example, if your estimated total obligation is $17,000 (with a variable rate capped at 8.25 percent), select the payment amount for a $10,000 obligation ($121.33) and add it to the payment amount for a $7,000 obligation ($84.93). If you add these two figures together ($121.33 + $84.93), you will see that the estimated monthly payment on your $17,000 obligation would be $206.26. This payment chart is based on the maximum allowable repayment period of 10 years (except for those with repayment periods limited by the $50 minimum monthly payment).

### TABLE OF ESTIMATED MONTHLY PAYMENT AMOUNTS

| Total Obligation | Monthly Payment Based on Approximate Interest Rate | | | | | |
|---|---|---|---|---|---|---|
| | 7% | 8% | 9% | 10% | 11% | 12% |
| $  4,000* | * | * | 50.68 | 52.87 | 55.11 | 57.39 |
| $  5,000 | 58.06 | 60.67 | 63.34 | 66.08 | 68.88 | 71.74 |
| $  6,000 | 69.67 | 72.80 | 76.01 | 79.30 | 82.66 | 86.09 |
| $  7,000 | 81.28 | 84.93 | 88.68 | 92.51 | 96.43 | 100.43 |
| $  8,000 | 92.89 | 97.07 | 101.35 | 105.73 | 110.21 | 114.78 |
| $  9,000 | 104.50 | 109.20 | 114.01 | 118.94 | 123.98 | 129.13 |
| $ 10,000 | 116.11 | 121.33 | 126.68 | 132.16 | 137.76 | 143.48 |
| $ 15,000 | 174.17 | 182.00 | 190.02 | 198.23 | 206.63 | 215.21 |
| $ 20,000 | 232.22 | 242.66 | 253.36 | 264.31 | 275.51 | 285.95 |
| $ 25,000 | 290.28 | 303.32 | 316.69 | 330.38 | 344.38 | 358.68 |

*Even if the total obligation is $4,000 or less, monthly payments must be at least $50 (except in the case of some old loans with promissory notes providing for $30 minimum monthly payments).

### NOTE: You are receiving a loan that must be repaid.

### IF YOU HAVE QUESTIONS:

For general information, call . . . . . . . . . . . . . . 919/821-4771 or
1-888/CFI-6400

For information about repayment, call . . . . . . 919/821-4743 or
1-800/722-2838

Or write to . . . . . . . . . . . . . . . . . ATTN: Repayment Services
College Foundation Inc.
P.O. Box 41966
Raleigh, NC 27629-1966

Visit our Web site at . . . . . . . . . . . . . . . . . . . . www.cfnc.org



*North Carolina's EXTRA Education*
*Loan Application and Promissory Note*

69212 Web

PO Box 41977
Raleigh, NC 27629-1977
Lender Code 807037

CFI
College Foundation, Inc.

## Borrower Information

| First Name | M.I. | Last Name | Suffix (Jr./Sr.) | Social Security Number |
|---|---|---|---|---|
| LINDSEY | M | HARRIS | | |

| Permanent Street Address | City | State | Zip | Permanent Telephone Number |
|---|---|---|---|---|
| 1128 HWY 903 SOUTH | SNOW HILL | NC | 28580 | 252 747-3709 |

| Date of Birth | Driver's License Number & State | Requested Loan Amount |
|---|---|---|
| | NC | $ 10,000 |

| Receive E-mail Confirmation? | E-mail Address |
|---|---|
| | PENNYH@HILLCO.COM |

## Reference Information (Two separate references are required.)

| 1. First Name | M.I. | Last Name | Suffix (Jr./Sr.) | Relationship to Borrower |
|---|---|---|---|---|
| MARGUERITE | | EVERETT | | Friend |

| Permanent Street Address | City | State | Zip | Home Telephone Number |
|---|---|---|---|---|
| 1570 HWY 123 SOUTH | SNOW HILL | NC | 28580 | 252  747-2202 |

| Name of Employer/Company | Employer Telephone Number |
|---|---|
| HILLCO. LTD | 252   523-1210 |

| 2. First Name | M.I. | Last Name | Suffix (Jr./Sr.) | Relationship to Borrower |
|---|---|---|---|---|
| TAMMY | | OAKES | | Friend |

| Permanent Street Address | City | State | Zip | Home Telephone Number |
|---|---|---|---|---|
| 5001 FOURWAY RD | HOOKERTON | NC | 28538 | 252  747-8407 |

| Name of Employer/Company | Employer Telephone Number |
|---|---|
| GREENE CENTRAL HIGH SCHOO | 252   747-3814 |

**Promise to pay:** For value received, I, the undersigned Borrower, promise to pay College Foundation, Inc., the Lender, or its successors and assigns, including any subsequent holder of this Promissory Note (hereinafter "Note"), all of the sums disbursed under this Note plus interest and other charges and fees that may become due as provided in this Note. I am legally obligated, under Section 116-174.1 of the North Carolina General Statutes, for the repayment of this Note even though I may be under eighteen (18) years of age.

I will not sign this Note, or execute it electronically, before reading the entire Note, even if otherwise advised. If I execute this Note electronically, I will not do so before giving the Lender my consent to conduct this loan transaction electronically. Furthermore, my signature, in written or electronic form, certifies that I have read, understand, and agree to the terms and conditions of this Note, including without limitation the Borrower Certifications and Authorizations contained herein, and that the information that I have provided to the Lender is true and accurate to the best of my knowledge and belief. I am executing this Note under seal within the meaning of Section 1-47(2) of the North Carolina General Statutes.

Signature of Borrower _Lindsey M Harris_ [SEAL]  Date 4/13/05

## Surety Information (If required)

| First Name | M.I. | Last Name | Suffix (Jr./Sr.) | Social Security Number |
|---|---|---|---|---|
| PENNY | L | HARRIS | | |

| Permanent Street Address | City | State | Zip | Permanent Telephone Number |
|---|---|---|---|---|
| 1128 HWY 903 SOUTH | SNOW HILL | NC | 28580 | 252   747-3709 |

| Date of Birth | Driver's License Number & State | E-mail Address | U.S. Citizen? |
|---|---|---|---|
| | NC | SHARONG@HILLCO.COM | YES |

| Your Relationship to Borrower | Employer Name | Phone Number |
|---|---|---|
| Parent | HILLCO, LTD | 252   523-1210 |

**Promise to guarantee:**

For value received, I, the undersigned Surety, guarantee the payment of principal and interest, and any other charges that may become due, under the foregoing Promissory Note, as and when the same shall become due, and of any extension thereof in whole or in part; accept all of the provisions of the Note; authorize the Borrower, without notice to me, to obtain an extension or extensions in whole or in part, and waive protest, demand, and notice of protest; and also agree that in case of nonpayment of principal and interest when due, action may be brought by the Lender, or its successors and assigns, including any subsequent holder of the Promissory Note, against me, at the option of the Lender, its successors and assigns or subsequent holder, whether or not action has been commenced against the Borrower; and agree in any such action, the Borrower may or may not be joined with me, at the option of the Lender, its successors and assigns or subsequent holder.

I hereby specifically waive the benefits of Sections 26-7 and 26-9 and further waive the suretyship defenses of Section 25-3-605 of the North Carolina General Statutes.

Signature of Surety _Penny L. Harris_ [SEAL]  Date 4/14/05

CFI Form N 409 (06/01)w

APR 15 2005

*Exhibit B1*



**CFI**
*College Foundation, Inc.*

**Disclosure Statement For EXTRA Education Loan
Made By College Foundation, Inc.**

Send communications to: P.O. Box 41950, Raleigh, NC 27629-1950
Send payments to: P.O. Box 41960, Raleigh, NC 27629-1960
Telephone inquiries: 919/821-4743; toll-free 800/722-2838
Visit our Web site: www.CFNC.org

9/23/10

LINDSEY M. HARRIS
2505 PRINCEWOOD ST
RALEIGH, NC  27612-6063

| | |
|---|---|
| | 899479800/0997818 |
| LOAN NUMBER | 2 |
| LOAN TYPE | XTRA |
| CURRENT INTEREST RATE | 3.25% |

This disclosure is based on the current variable interest rate.  This rate may change, as explained below.

| **ANNUAL PERCENTAGE RATE**<br>The cost of your credit as a yearly rate. | **FINANCE CHARGE**<br>The dollar amount the credit will cost you. | **AMOUNT FINANCED**<br>The dollar amount of credit provided to you or on your behalf. |
|---|---|---|
| 3.25% | $6,105.47 | $10,000.00 |

| **ESTIMATED NUMBER OF PAYMENTS** | **ESTIMATED AMOUNT OF PAYMENTS** | **WHEN PAYMENTS ARE DUE**<br>On the 10th day of each month |
|---|---|---|
| 357 | $44.00 | beginning    1/10/11 |
| 1 | $36.51 | beginning    10/10/40 |

**TOTAL OF PAYMENTS**
1. Unpaid principal balance (as of Disclosure date) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$   9,639.04
2. ADD: Estimated unpaid interest to be capitalized at beginning of Repayment Period. . . . . . . . . . . . .$   425.37
3. Estimated interest payable during the Repayment Period . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$   5,680.10
4. EQUALS: The amount you will have paid after you have made all payments as scheduled. . . . . . . . .$   15,744.51

**Interest Rate Calculation:** For loans first disbursed prior to July 1, 2008, interest accrues at a variable rate equal to the sum of the Prime Rate plus 0%.  For loans first disbursed between July 1, 2008 and June 30, 2009, interest accrues at a variable rate equal to the sum of the 3-month LIBOR plus 3%.  For loans first disbursed on or after July 1, 2009, interest accrues at a variable rate equal to the sum of the 3-month LIBOR plus 3%, with a minimum of 7%. The variable rate will change quarterly on the first day of January, April, July and October and will be disclosed on your statement. Adjustments in the variable rate as well as payments made earlier or later than scheduled may cause the total amount to be paid to vary. For example, if your loan was for $15,000.00 at 7.50% for 180 months and the rate increased to 8.00% at the beginning of the second year, your regular payment would increase by $4.06.  There are no limits to the amount the interest rate may vary in a single year, with the exception that the rate will never exceed the maximum interest rate allowed by State law.

**Annual Percentage Rate:**  The Annual Percentage Rate (APR) shown above is an estimate based upon the current variable interest rate. These rates may increase or decrease over the life of your loan based upon fluctuations in the Prime Rate or 3-month LIBOR, as applicable.

**Prepayment:**  You may prepay all or part of the outstanding balance at any time without penalty.

**Late Payment Charges:**  If any payment is received by College Foundation, Inc. fifteen (15) days or more after its due date, College Foundation, Inc., to the extent permitted by State law, may bill for a late charge at the maximum rate permitted or $5.00, whichever is less.

**See your Promissory Note for any additional information about monthly payments, collection costs, default and prepayment.**

H204 (04/09)

## Disclosure Statement For EXTRA Education Loan:

- **Prepayment** - You may, at your option and without penalty, prepay all or any part of the principal of the loan(s) at any time.  Any prepayment will satisfy outstanding fees first, accrued interest second, and the remainder will prepay principal.

  Because you are responsible for the interest from the date the funds are disbursed, it is to your advantage to begin principal repayment on this loan as early as possible.  Prepayment or acceleration of repayment of loan principal will reduce the amount of interest that will accrue.

- **Capitalization of Interest** - This is a process whereby the lender adds accrued, unpaid interest to the principal balance of the loan, in accordance with provisions in your Promissory Note.  It is to your advantage to pay all interest as it accrues because the principal balance increases each time interest is capitalized.  As a result, capitalization will increase the total interest charges over the life of the loan and may increase your required monthly installment.

- **Payment of Interest** - The amount of the scheduled monthly installment is based upon the assumption that all payments will be made exactly on the scheduled due dates.  The total interest payable during the repayment period may be more or less than the amount indicated on this Disclosure, depending upon (1) whether you pay earlier or later than scheduled; (2) whether you take advantage of the option to prepay all or any part of the principal of the loan;  (3) quarterly adjustments to the variable interest rate; and (4) capitalization of accrued, unpaid interest.

- **Change of Status** - Notify CFI in writing of any changes occurring in your name, address, or telephone numbers.

- **Forbearance** - If you are unable to make your scheduled payments, CFI may allow you to reduce the amount of your payments or to temporarily stop making payments if you still intend to repay your loan.  This agreement is called forbearance.  During a period of forbearance, interest charges continue to accrue while you are temporarily permitted to delay or reduce payments.  If you are willing, but financially unable, to make payments under your repayment schedule, you may request forbearance to allow for any of the following: (1) a short period during which you make no payments and accrued interest is capitalized; (2) an extension of time for making payments; or (3) a period during which you make smaller payments than were originally scheduled.  To receive forbearance, you generally must describe your reasons and may have to provide some additional information for the request.

  If you qualify for a deferment on your FFELP Loan(s), CFI will allow you to stop making payments on your EXTRA Education Loan(s) for the duration of the deferment period.

- **Credit Bureau Reporting** - CFI will report the status of your loan repayment to national credit bureaus monthly.  The rating reported will depend on your promptness in making your required monthly installments.

---

**NOTICE:** "Default" occurs when you fail to make payments as required, to provide required documentation, or to honor any other conditions set forth on your Promissory Note. Default is very serious and results in negative credit reports. It may also result in legal action, assessment of collection charges including attorney's fees, and wage garnishment.

CFI Form H204 (11/01)b
(reverse)



*North Carolina's EXTRA Education*
*Loan Application and Promissory Note*

123693 Web

PO Box 41977
Raleigh, NC 27629-1977
Lender Code 807037

**CFI**
*College Foundation, Inc.*

### Borrower Information

| First Name | M.I. | Last Name | Suffix (Jr./Sr.) | Social Security Number |
|---|---|---|---|---|
| LINDSEY | M | HARRIS | | |

| Permanent Street Address | City | State | Zip | Permanent Telephone Number |
|---|---|---|---|---|
| 1128 HWY 903 SOUTH | SNOW HILL | NC | 28580 | 252 747-3709 |

| Date of Birth | Driver's License Number & State | Requested Loan Amount |
|---|---|---|
| | NC | $ 16,000 |

| Receive E-mail Confirmation? | E-mail Address |
|---|---|
| | LMH0013@ECU.EDU |

### Reference Information (Two separate references are required.)

| 1. First Name | M.I. | Last Name | Suffix (Jr./Sr.) | Relationship to Borrower |
|---|---|---|---|---|
| PENNY | L | HARRIS | | Parent |

| Permanent Street Address | City | State | Zip | Home Telephone Number |
|---|---|---|---|---|
| 1128 HWY 903 SOUTH | SNOW HILL | NC | 28580 | 252 747-3709 |

| Name of Employer/Company | Employer Telephone Number |
|---|---|
| HILLCO, EMPLOYEE BENEFITS | 252 523-1210 |

| 2. First Name | M.I. | Last Name | Suffix (Jr./Sr.) | Relationship to Borrower |
|---|---|---|---|---|
| MARGUERITE | | EVERETT | | Friend |

| Permanent Street Address | City | State | Zip | Home Telephone Number |
|---|---|---|---|---|
| 1570 HWY 123 S | SNOW HILL | NC | 28580 | 252 523-1210 |

| Name of Employer/Company | Employer Telephone Number |
|---|---|
| HILLCO, EMPLOYEE BEN | 252 523-1210 |

**Promise to pay:** For value received, I, the undersigned Borrower, promise to pay College Foundation, Inc., the Lender, or its successors and assigns, including any subsequent holder of this Promissory Note (hereinafter "Note"), all of the sums disbursed under this Note plus interest and other charges and fees that may become due as provided in this Note. I am legally obligated, under Section 116-174.1 of the North Carolina General Statutes, for the repayment of this Note even though I may be under eighteen (18) years of age.

I will not sign this Note, or execute it electronically, before reading the entire Note, even if otherwise advised. If I execute this Note electronically, I will not do so before giving the Lender my consent to conduct this loan transaction electronically. Furthermore, my signature, in written or electronic form, certifies that I have read, understand, and agree to the terms and conditions of this Note, including without limitation the Borrower Certifications and Authorizations contained herein, and that the information that I have provided to the Lender is true and accurate to the best of my knowledge and belief. I am executing this Note under seal within the meaning of Section 1-47(2) of the North Carolina General Statutes.

Signature of Borrower  *Lindsey Harris*  [SEAL]    Date  2-27-06

### Surety Information (If required)

| First Name | M.I. | Last Name | Suffix (Jr./Sr.) | Social Security Number |
|---|---|---|---|---|
| PENNY | L | HARRIS | | |

| Permanent Street Address | City | State | Zip | Permanent Telephone Number |
|---|---|---|---|---|
| 1128 HWY 903 SOUTH | SNOW HILL | NC | 28580 | 252 747-3709 |

| Date of Birth | Driver's License Number & State | E-mail Address | U.S. Citizen? |
|---|---|---|---|
| | NC | PENNYH@HILLCO.COM | YES |

| Your Relationship to Borrower | Employer Name | Phone Number |
|---|---|---|
| Parent | HILLCO EMPLOYEE BENEFITS | 252 523-1210 |

**Promise to guarantee:**

For value received, I, the undersigned Surety, guarantee the payment of principal and interest, and any other charges that may become due, under the foregoing Promissory Note, as and when the same shall become due, and of any extension thereof in whole or in part; accept all of the provisions of the Note; authorize the Borrower, without notice to me, to obtain an extension or extensions in whole or in part, and waive protest, demand, and notice of protest; and also agree that in case of nonpayment of principal and interest when due, action may be brought by the Lender, or its successors and assigns, including any subsequent holder of the Promissory Note, against me, at the option of the Lender, its successors and assigns or subsequent holder, whether or not action has been commenced against the Borrower; and agree in any such action, the Borrower may or may not be joined with me, at the option of the Lender, its successors and assigns or subsequent holder.

I hereby specifically waive the benefits of Sections 26-7 and 26-9 and further waive the suretyship defenses of Section 25-3-605 of the North Carolina General Statutes.

Signature of Surety  *Penny L. Harris*  [SEAL]    Date  2-27-06

CFI Form N 409 (04/05)b

FEB 2 8 2006

Exhibit C 1



**College Foundation, Inc.**

**Disclosure Statement For EXTRA Education Loan Made By College Foundation, Inc.**

Send communications to: P.O. Box 41950, Raleigh, NC 27629-1950
Send payments to: P.O. Box 41960, Raleigh, NC 27629-1960
Telephone inquiries: 919/821-4743; toll-free 800/722-2838
Visit our Web site: www.CFNC.org

9/23/10

LINDSEY M. HARRIS
2505 PRINCEWOOD ST
RALEIGH, NC  27612-6063

LOAN NUMBER          899479800/1064194

LOAN TYPE            3

CURRENT INTEREST RATE   XTRA

3.25%

This disclosure is based on the current variable interest rate.  This rate may change, as explained below.

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | AMOUNT FINANCED The dollar amount of credit provided to you or on your behalf. |
|---|---|---|
| 3.25% | $370.24 | $774.00 |

| ESTIMATED NUMBER OF PAYMENTS | ESTIMATED AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE On the 10th day of each month |
|---|---|---|
| 280 | $4.00 | beginning  1/10/11 |
| 1 | $1.15 | beginning  5/10/34 |

**TOTAL OF PAYMENTS**

1. Unpaid principal balance (as of Disclosure date) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$    750.91
2. ADD: Estimated unpaid interest to be capitalized at beginning of Repayment Period. . . . . . . . . . . .$    33.14
3. Estimated interest payable during the Repayment Period . . . . . . . . . . . . . . . . . . . . . . . . . . . .$    337.10
4. EQUALS: The amount you will have paid after you have made all payments as scheduled. . . . . . . . .$    1,121.15

**Interest Rate Calculation:** For loans first disbursed prior to July 1, 2008, interest accrues at a variable rate equal to the sum of the Prime Rate plus 0%. For loans first disbursed between July 1, 2008 and June 30, 2009, interest accrues at a variable rate equal to the sum of the 3-month LIBOR plus 3%. For loans first disbursed on or after July 1, 2009, interest accrues at a variable rate equal to the sum of the 3-month LIBOR plus 3%, with a minimum of  7%. The variable rate will change quarterly on the first day of January, April, July and October and will be disclosed on your statement. Adjustments in the variable rate as well as payments made earlier or later than scheduled may cause the total amount to be paid to vary. For example, if your loan was for $15,000.00 at 7.50% for 180 months and the rate increased to 8.00% at the beginning of the second year, your regular payment would increase by $4.06. There are no limits to the amount the interest rate may vary in a single year, with the exception that the rate will never exceed the maximum interest rate allowed by State law.

**Annual Percentage Rate:** The Annual Percentage Rate (APR) shown above is an estimate based upon the current variable interest rate. These rates may increase or decrease over the life of your loan based upon fluctuations in the Prime Rate or 3-month LIBOR, as applicable.

**Prepayment:** You may prepay all or part of the outstanding balance at any time without penalty.

**Late Payment Charges:** If any payment is received by College Foundation, Inc. fifteen (15) days or more after its due date, College Foundation, Inc., to the extent permitted by State law, may bill for a late charge at the maximum rate permitted or $5.00, whichever is less.

**See your Promissory Note for any additional information about monthly payments, collection costs, default and prepayment.**

H204 (04/09)

# Disclosure Statement For EXTRA Education Loan:

- **Prepayment** - You may, at your option and without penalty, prepay all or any part of the principal of the loan(s) at any time. Any prepayment will satisfy outstanding fees first, accrued interest second, and the remainder will prepay principal.

  Because you are responsible for the interest from the date the funds are disbursed, it is to your advantage to begin principal repayment on this loan as early as possible. Prepayment or acceleration of repayment of loan principal will reduce the amount of interest that will accrue.

- **Capitalization of Interest** - This is a process whereby the lender adds accrued, unpaid interest to the principal balance of the loan, in accordance with provisions in your Promissory Note. It is to your advantage to pay all interest as it accrues because the principal balance increases each time interest is capitalized. As a result, capitalization will increase the total interest charges over the life of the loan and may increase your required monthly installment.

- **Payment of Interest** - The amount of the scheduled monthly installment is based upon the assumption that all payments will be made exactly on the scheduled due dates. The total interest payable during the repayment period may be more or less than the amount indicated on this Disclosure, depending upon (1) whether you pay earlier or later than scheduled; (2) whether you take advantage of the option to prepay all or any part of the principal of the loan; (3) quarterly adjustments to the variable interest rate; and (4) capitalization of accrued, unpaid interest.

- **Change of Status** - Notify CFI in writing of any changes occurring in your name, address, or telephone numbers.

- **Forbearance** - If you are unable to make your scheduled payments, CFI may allow you to reduce the amount of your payments or to temporarily stop making payments if you still intend to repay your loan. This agreement is called forbearance. During a period of forbearance, interest charges continue to accrue while you are temporarily permitted to delay or reduce payments. If you are willing, but financially unable, to make payments under your repayment schedule, you may request forbearance to allow for any of the following: (1) a short period during which you make no payments and accrued interest is capitalized; (2) an extension of time for making payments; or (3) a period during which you make smaller payments than were originally scheduled. To receive forbearance, you generally must describe your reasons and may have to provide some additional information for the request.

  If you qualify for a deferment on your FFELP Loan(s), CFI will allow you to stop making payments on your EXTRA Education Loan(s) for the duration of the deferment period.

- **Credit Bureau Reporting** - CFI will report the status of your loan repayment to national credit bureaus monthly. The rating reported will depend on your promptness in making your required monthly installments.

---

**NOTICE:** "Default" occurs when you fail to make payments as required, to provide required documentation, or to honor any other conditions set forth on your Promissory Note. Default is very serious and results in negative credit reports. It may also result in legal action, assessment of collection charges including attorney's fees, and wage garnishment.

---

North Carolina's EXTRA Education
Loan Application and Promissory Note

132603 Web

PO Box 41977
Raleigh, NC 27629-1977
Lender Code 807037



CFI
College Foundation, Inc.

## Borrower Information

| First Name | M.I. | Last Name | Suffix (Jr./Sr.) | Social Security Number |
|---|---|---|---|---|
| LINDSEY | M | HARRIS | | |

| Permanent Street Address | City | State | Zip | Permanent Telephone Number |
|---|---|---|---|---|
| 1128 HWY 903 SOUTH | SNOW HILL | NC | 28580 | 252  747-3709 |

| Date of Birth | Driver's License Number & State | Requested Loan Amount |
|---|---|---|
| | NC | $ 16,000 |

| Receive E-mail Confirmation? | E-mail Address |
|---|---|
| | PENNYH@HILLCO.COM |

## Reference Information (Two separate references are required.)

| 1. First Name | M.I. | Last Name | Suffix (Jr./Sr.) | Relationship to Borrower |
|---|---|---|---|---|
| MARGUERITE | | EVERETT | | Friend |

| Permanent Street Address | City | State | Zip | Home Telephone Number |
|---|---|---|---|---|
| 1570 HWY 123 S | SNOW HILL | NC | 28580 | 252  747-2202 |

| Name of Employer/Company | Employer Telephone Number |
|---|---|
| HILLCO, LTD. | 252  523-1210 |

| 2. First Name | M.I. | Last Name | Suffix (Jr./Sr.) | Relationship to Borrower |
|---|---|---|---|---|
| LEE ANN | | RICE | | Friend |

| Permanent Street Address | City | State | Zip | Home Telephone Number |
|---|---|---|---|---|
| CALIFORNIA DR | SNOW HILL | NC | 28580 | 252  747-2302 |

| Name of Employer/Company | Employer Telephone Number |
|---|---|
| FULL TIME STUDENT | 252  341-9323 |

**Promise to pay:** For value received, I, the undersigned Borrower, promise to pay College Foundation, Inc., the Lender, or its successors and assigns, including any subsequent holder of this Promissory Note (hereinafter "Note"), all of the sums disbursed under this Note plus interest and other charges and fees that may become due as provided in this Note. I am legally obligated, under Section 116-174.1 of the North Carolina General Statutes, for the repayment of this Note even though I may be under eighteen (18) years of age.

I will not sign this Note, or execute it electronically, before reading the entire Note, even if otherwise advised. If I execute this Note electronically, I will not do so before giving the Lender my consent to conduct this loan transaction electronically. Furthermore, my signature, in written or electronic form, certifies that I have read, understand, and agree to the terms and conditions of this Note, including without limitation the Borrower Certifications and Authorizations contained herein, and that the information that I have provided to the Lender is true and accurate to the best of my knowledge and belief. I am executing this Note under seal within the meaning of Section 1-47(2) of the North Carolina General Statutes.

Signature of Borrower _Lindsey M. Harris_     [SEAL]     Date _5/2/06_

## Surety Information (If required)

| First Name | M.I. | Last Name | Suffix (Jr./Sr.) | Social Security Number |
|---|---|---|---|---|
| PENNY | L | HARRIS | | |

| Permanent Street Address | City | State | Zip | Permanent Telephone Number |
|---|---|---|---|---|
| 1128 HWY 903 SOUTH | SNOW HILL | NC | 28580 | 252  747-3709 |

| Date of Birth | Driver's License Number & State | E-mail Address | U.S. Citizen? |
|---|---|---|---|
| | NC | PENNYH@HILLCO.COM | YES |

| Your Relationship to Borrower | Employer Name | Phone Number |
|---|---|---|
| Parent | HILLCO. LTD | 252  523-1210 |

**Promise to guarantee:**
For value received, I, the undersigned Surety, guarantee the payment of principal and interest, and any other charges that may become due, under the foregoing Promissory Note, as and when the same shall become due, and of any extension thereof in whole or in part; accept all of the provisions of the Note; authorize the Borrower, without notice to me, to obtain an extension or extensions in whole or in part, and waive protest, demand, and notice of protest; and also agree that in case of nonpayment of principal and interest when due, action may be brought by the Lender, or its successors and assigns, including any subsequent holder of the Promissory Note, against me, at the option of the Lender, its successors and assigns or subsequent holder, whether or not action has been commenced against the Borrower; and agree in any such action, the Borrower may or may not be joined with me, at the option of the Lender, its successors and assigns or subsequent holder.

I hereby specifically waive the benefits of Sections 26-7 and 26-9 and further waive the suretyship defenses of Section 25-3-605 of the North Carolina General Statutes.

Signature of Surety _Penny L. Harris_     [SEAL]     Date _5/2/06_

MAY 0 3 2006

CFI Form N 409 (04/05)b

Exhibit D1


*College Foundation, Inc.*

**Disclosure Statement For EXTRA Education Loan**
**Made By College Foundation, Inc.**

Send communications to: P.O. Box 41950, Raleigh, NC 27629-1950
Send payments to: P.O. Box 41960, Raleigh, NC 27629-1960
Telephone inquiries: 919/821-4743; toll-free 800/722-2838
Visit our Web site: www.CFNC.org

9/23/10

LINDSEY M. HARRIS
2505 PRINCEWOOD ST
RALEIGH, NC  27612-6063

| | |
|---|---|
| LOAN NUMBER | 899479800/1069814 |
| LOAN TYPE | 5 |
| | XTRA |
| CURRENT INTEREST RATE | |
| | 3.25% |

This disclosure is based on the current variable interest rate.  This rate may change, as explained below.

| **ANNUAL PERCENTAGE RATE** The cost of your credit as a yearly rate. | **FINANCE CHARGE** The dollar amount the credit will cost you. | **AMOUNT FINANCED** The dollar amount of credit provided to you or on your behalf. |
|---|---|---|
| 3.25% | $6,659.78 | $11,064.00 |

| **ESTIMATED NUMBER OF PAYMENTS** | **ESTIMATED AMOUNT OF PAYMENTS** | **WHEN PAYMENTS ARE DUE** On the 10th day of each month |
|---|---|---|
| 349 | $50.00 | beginning    1/10/11 |
| 1 | $1.44 | beginning    2/10/40 |

**TOTAL OF PAYMENTS**

1. Unpaid principal balance (as of Disclosure date) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$    10,791.66
2. ADD: Estimated unpaid interest to be capitalized at beginning of Repayment Period. . . . . . . . . . . .$    476.22
3. Estimated interest payable during the Repayment Period . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$    6,183.56
4. EQUALS: The amount you will have paid after you have made all payments as scheduled. . . . . . . .$    17,451.44

**Interest Rate Calculation:** For loans first disbursed prior to July 1, 2008, interest accrues at a variable rate equal to the sum of the Prime Rate plus 0%. For loans first disbursed between July 1, 2008 and June 30, 2009, interest accrues at a variable rate equal to the sum of the 3-month LIBOR plus 3%. For loans first disbursed on or after July 1, 2009, interest accrues at a variable rate equal to the sum of the 3-month LIBOR plus 3%, with a minimum of 7%. The variable rate will change quarterly on the first day of January, April, July and October and will be disclosed on your statement. Adjustments in the variable rate as well as payments made earlier or later than scheduled may cause the total amount to be paid to vary. For example, if your loan was for $15,000.00 at 7.50% for 180 months and the rate increased to 8.00% at the beginning of the second year, your regular payment would increase by $4.06. There are no limits to the amount the interest rate may vary in a single year, with the exception that the rate will never exceed the maximum interest rate allowed by State law.

**Annual Percentage Rate:** The Annual Percentage Rate (APR) shown above is an estimate based upon the current variable interest rate. These rates may increase or decrease over the life of your loan based upon fluctuations in the Prime Rate or 3-month LIBOR, as applicable.

**Prepayment:** You may prepay all or part of the outstanding balance at any time without penalty.

**Late Payment Charges:** If any payment is received by College Foundation, Inc. fifteen (15) days or more after its due date, College Foundation, Inc., to the extent permitted by State law, may bill for a late charge at the maximum rate permitted or $5.00, whichever is less.

**See your Promissory Note for any additional information about monthly payments, collection costs, default and prepayment.**

H204 (04/09)

## Disclosure Statement For EXTRA Education Loan:

- **Prepayment** - You may, at your option and without penalty, prepay all or any part of the principal of the loan(s) at any time. Any prepayment will satisfy outstanding fees first, accrued interest second, and the remainder will prepay principal.

  Because you are responsible for the interest from the date the funds are disbursed, it is to your advantage to begin principal repayment on this loan as early as possible. Prepayment or acceleration of repayment of loan principal will reduce the amount of interest that will accrue.

- **Capitalization of Interest** - This is a process whereby the lender adds accrued, unpaid interest to the principal balance of the loan, in accordance with provisions in your Promissory Note. It is to your advantage to pay all interest as it accrues because the principal balance increases each time interest is capitalized. As a result, capitalization will increase the total interest charges over the life of the loan and may increase your required monthly installment.

- **Payment of Interest** - The amount of the scheduled monthly installment is based upon the assumption that all payments will be made exactly on the scheduled due dates. The total interest payable during the repayment period may be more or less than the amount indicated on this Disclosure, depending upon (1) whether you pay earlier or later than scheduled; (2) whether you take advantage of the option to prepay all or any part of the principal of the loan; (3) quarterly adjustments to the variable interest rate; and (4) capitalization of accrued, unpaid interest.

- **Change of Status** - Notify CFI in writing of any changes occurring in your name, address, or telephone numbers.

- **Forbearance** - If you are unable to make your scheduled payments, CFI may allow you to reduce the amount of your payments or to temporarily stop making payments if you still intend to repay your loan. This agreement is called forbearance. During a period of forbearance, interest charges continue to accrue while you are temporarily permitted to delay or reduce payments. If you are willing, but financially unable, to make payments under your repayment schedule, you may request forbearance to allow for any of the following: (1) a short period during which you make no payments and accrued interest is capitalized; (2) an extension of time for making payments; or (3) a period during which you make smaller payments than were originally scheduled. To receive forbearance, you generally must describe your reasons and may have to provide some additional information for the request.

  If you qualify for a deferment on your FFELP Loan(s), CFI will allow you to stop making payments on your EXTRA Education Loan(s) for the duration of the deferment period.

- **Credit Bureau Reporting** - CFI will report the status of your loan repayment to national credit bureaus monthly. The rating reported will depend on your promptness in making your required monthly installments.

---

**NOTICE:** "Default" occurs when you fail to make payments as required, to provide required documentation, or to honor any other conditions set forth on your Promissory Note. Default is very serious and results in negative credit reports. It may also result in legal action, assessment of collection charges including attorney's fees, and wage garnishment.

CFI Form H204 (11/01)b
(reverse)

Exhibit E



*North Carolina's EXTRA Education*
*Loan Application and Promissory Note*

217272 Web

PO Box 41977
Raleigh, NC 27629-1977
Lender Code 807037

CFI
*College Foundation, Inc.*

## Borrower Information

| First Name | M.I. | Last Name | Suffix (Jr./Sr.) | Social Security Number |
|---|---|---|---|---|
| LINDSEY | M | HARRIS | | |

| Permanent Street Address | City | State | Zip | Permanent Telephone Number |
|---|---|---|---|---|
| 1128 HWY 903 SOUTH | SNOW HILL | NC | 28580 | 252   747-3709 |

| Date of Birth | Driver's License Number & State | Requested Loan Amount |
|---|---|---|
| | NC | $ 3,000 |

| Receive E-mail Confirmation? | E-mail Address |
|---|---|
| | PENNYH@HILLCO.COM |

## Reference Information (Two separate references are required.)

| 1. First Name | M.I. | Last Name | Suffix (Jr./Sr.) | Relationship to Borrower |
|---|---|---|---|---|
| PENNY | L | HARRIS | | Parent |

| Permanent Street Address | City | State | Zip | Home Telephone Number |
|---|---|---|---|---|
| 1128 HWY 903 SOUTH. | SNOW HILL | NC | 28580 | 252   747-3709 |

| Name of Employer/Company | Employer Telephone Number |
|---|---|
| HILLCO EMPLOYEE BENEFITS | 252   523-1210 |

| 2. First Name | M.I. | Last Name | Suffix (Jr./Sr.) | Relationship to Borrower |
|---|---|---|---|---|
| MARGUERITE | | EVERETT | | Friend |

| Permanent Street Address | City | State | Zip | Home Telephone Number |
|---|---|---|---|---|
| 1570 HWY 123 SOUTH | SNOW HILL | NC | 28580 | 252   747-2202 |

| Name of Employer/Company | Employer Telephone Number |
|---|---|
| HILLCO EMPLOYEE BENEFITS | 252   523-1210 |

**Promise to pay:** For value received, I, the undersigned Borrower, promise to pay College Foundation, Inc., the Lender, or its successors and assigns, including any subsequent holder of this Promissory Note (hereinafter "Note"), all of the sums disbursed under this Note plus interest and other charges and fees that may become due as provided in this Note. I am legally obligated, under Section 116-174.1 of the North Carolina General Statutes, for the repayment of this Note even though I may be under eighteen (18) years of age.

I will not sign this Note, or execute it electronically, before reading the entire Note, even if otherwise advised. If I execute this Note electronically, I will not do so before giving the Lender my consent to conduct this loan transaction electronically. Furthermore, my signature, in written or electronic form, certifies that I have read, understand, and agree to the terms and conditions of this Note, including without limitation the Borrower Certifications and Authorizations contained herein, and that the information that I have provided to the Lender is true and accurate to the best of my knowledge and belief. I am executing this Note under seal within the meaning of Section 1-47(2) of the North Carolina General Statutes.

Signature of Borrower _Lindsey M Harris_ [SEAL]  Date 3/19/07

## Surety Information (If required)

| First Name | M.I. | Last Name | Suffix (Jr./Sr.) | Social Security Number |
|---|---|---|---|---|
| PENNY | L | HARRIS | | |

| Permanent Street Address | City | State | Zip | Permanent Telephone Number |
|---|---|---|---|---|
| 1128 HWY 903 SOUTH | SNOW HILL | NC | 28580 | 252   747-3709 |

| Date of Birth | Driver's License Number & State | E-mail Address | U.S. Citizen? |
|---|---|---|---|
| | NC | KAYLAC@HILLCO.COM | YES |

| Your Relationship to Borrower | Employer Name | Phone Number |
|---|---|---|
| Parent | HILLCO EMPLOYEE BENEFITS | 252   523-1210 |

**Promise to guarantee:**
For value received, I, the undersigned Surety, guarantee the payment of principal and interest, and any other charges that may become due, under the foregoing Promissory Note, as and when the same shall become due, and of any extension thereof in whole or in part; accept all of the provisions of the Note; authorize the Borrower, without notice to me, to obtain an extension or extensions in whole or in part, and waive protest, demand, and notice of protest; and also agree that in case of nonpayment of principal and interest when due, action may be brought by the Lender, or its successors and assigns, including any subsequent holder of the Promissory Note, against me, at the option of the Lender, its successors and assigns or subsequent holder, whether or not action has been commenced against the Borrower; and agree in any such action, the Borrower may or may not be joined with me, at the option of the Lender, its successors and assigns or subsequent holder.

I hereby specifically waive the benefits of Sections 26-7 and 26-9 and further waive the suretyship defenses of Section 25-3-605 of the North Carolina General Statutes.

Signature of Surety _Penny L. Harris_ [SEAL]  Date 3/19/07

CFI   MAR 23 2007

CFI Form N 409 (04/05)b

Exhibit E1



**College Foundation, Inc.**

**Disclosure Statement For EXTRA Education Loan
Made By College Foundation, Inc.**

Send communications to: P.O. Box 41950, Raleigh, NC 27629-1950
Send payments to: P.O. Box 41960, Raleigh, NC 27629-1960
Telephone inquiries: 919/821-4743; toll-free 800/722-2838
Visit our Web site: www.CFNC.org

9/23/10

LINDSEY M. HARRIS
2505 PRINCEWOOD ST
RALEIGH, NC  27612-6063

| | |
|---|---|
| | 899479800/1144999 |
| LOAN NUMBER | |
| | 6 |
| LOAN TYPE | |
| | XTRA |
| CURRENT INTEREST RATE | |
| | 3.25% |

This disclosure is based on the current variable interest rate. This rate may change, as explained below.

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | AMOUNT FINANCED<br>The dollar amount of credit provided to you or on your behalf. |
|---|---|---|
| 3.25% | $1,744.60 | $3,000.00 |

| ESTIMATED NUMBER OF PAYMENTS | ESTIMATED AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE<br>On the 10th day of each month |
|---|---|---|
| 335 | $14.00 | beginning        1/10/11 |
| 1 | $2.92 | beginning      12/10/38 |

**TOTAL OF PAYMENTS**

1. Unpaid principal balance (as of Disclosure date) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $     2,948.32
2. ADD: Estimated unpaid interest to be capitalized at beginning of Repayment Period. . . . . . . . . . . . . $     130.10
3. Estimated interest payable during the Repayment Period . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $     1,614.50
4. EQUALS: The amount you will have paid after you have made all payments as scheduled. . . . . . . . . $     4,692.92

**Interest Rate Calculation:** For loans first disbursed prior to July 1, 2008, interest accrues at a variable rate equal to the sum of the Prime Rate plus 0%. For loans first disbursed between July 1, 2008 and June 30, 2009, interest accrues at a variable rate equal to the sum of the 3-month LIBOR plus 3%. For loans first disbursed on or after July 1, 2009, interest accrues at a variable rate equal to the sum of the 3-month LIBOR plus 3%, with a minimum of 7%. The variable rate will change quarterly on the first day of January, April, July and October and will be disclosed on your statement. Adjustments in the variable rate as well as payments made earlier or later than scheduled may cause the total amount to be paid to vary. For example, if your loan was for $15,000.00 at 7.50% for 180 months and the rate increased to 8.00% at the beginning of the second year, your regular payment would increase by $4.06. There are no limits to the amount the interest rate may vary in a single year, with the exception that the rate will never exceed the maximum interest rate allowed by State law.

**Annual Percentage Rate:** The Annual Percentage Rate (APR) shown above is an estimate based upon the current variable interest rate. These rates may increase or decrease over the life of your loan based upon fluctuations in the Prime Rate or 3-month LIBOR, as applicable.

**Prepayment:** You may prepay all or part of the outstanding balance at any time without penalty.

**Late Payment Charges:** If any payment is received by College Foundation, Inc. fifteen (15) days or more after its due date, College Foundation, Inc., to the extent permitted by State law, may bill for a late charge at the maximum rate permitted or $5.00, whichever is less.

See your Promissory Note for any additional information about monthly payments, collection costs, default and prepayment.                                                                                                  H204 (04/09)

## Disclosure Statement For EXTRA Education Loan:

- **Prepayment** - You may, at your option and without penalty, prepay all or any part of the principal of the loan(s) at any time. Any prepayment will satisfy outstanding fees first, accrued interest second, and the remainder will prepay principal.

  Because you are responsible for the interest from the date the funds are disbursed, it is to your advantage to begin principal repayment on this loan as early as possible. Prepayment or acceleration of repayment of loan principal will reduce the amount of interest that will accrue.

- **Capitalization of Interest** - This is a process whereby the lender adds accrued, unpaid interest to the principal balance of the loan, in accordance with provisions in your Promissory Note. It is to your advantage to pay all interest as it accrues because the principal balance increases each time interest is capitalized. As a result, capitalization will increase the total interest charges over the life of the loan and may increase your required monthly installment.

- **Payment of Interest** - The amount of the scheduled monthly installment is based upon the assumption that all payments will be made exactly on the scheduled due dates. The total interest payable during the repayment period may be more or less than the amount indicated on this Disclosure, depending upon (1) whether you pay earlier or later than scheduled; (2) whether you take advantage of the option to prepay all or any part of the principal of the loan; (3) quarterly adjustments to the variable interest rate; and (4) capitalization of accrued, unpaid interest.

- **Change of Status** - Notify CFI in writing of any changes occurring in your name, address, or telephone numbers.

- **Forbearance** - If you are unable to make your scheduled payments, CFI may allow you to reduce the amount of your payments or to temporarily stop making payments if you still intend to repay your loan. This agreement is called forbearance. During a period of forbearance, interest charges continue to accrue while you are temporarily permitted to delay or reduce payments. If you are willing, but financially unable, to make payments under your repayment schedule, you may request forbearance to allow for any of the following: (1) a short period during which you make no payments and accrued interest is capitalized; (2) an extension of time for making payments; or (3) a period during which you make smaller payments than were originally scheduled. To receive forbearance, you generally must describe your reasons and may have to provide some additional information for the request.

  If you qualify for a deferment on your FFELP Loan(s), CFI will allow you to stop making payments on your EXTRA Education Loan(s) for the duration of the deferment period.

- **Credit Bureau Reporting** - CFI will report the status of your loan repayment to national credit bureaus monthly. The rating reported will depend on your promptness in making your required monthly installments.

---

**NOTICE:** "Default" occurs when you fail to make payments as required, to provide required documentation, or to honor any other conditions set forth on your Promissory Note. Default is very serious and results in negative credit reports. It may also result in legal action, assessment of collection charges including attorney's fees, and wage garnishment.

---

CFI Form H204 (11/01)b
(reverse)

Exhibit F

*North Carolina's EXTRA Education*
*Loan Application and Promissory Note*

223476 Web

PO Box 41977
Raleigh, NC 27629-1977
Lender Code 807037



CFI
*College Foundation, Inc.*

## Borrower Information

| First Name | M.I. | Last Name | Suffix (Jr./Sr.) | Social Security Number |
|---|---|---|---|---|
| LINDSEY | M | HARRIS | | |

| Permanent Street Address | City | State | Zip | Permanent Telephone Number |
|---|---|---|---|---|
| 1128 HWY 903 SOUTH | SNOW HILL | NC | 28580 | 252 747-3709 |

| Date of Birth | Driver's License Number & State | Requested Loan Amount |
|---|---|---|
| | NC | $ 15,000 |

| Receive E-mail Confirmation? | E-mail Address |
|---|---|
| | PENNYH@HILLCO.COM |

## Reference Information (Two separate references are required.)

| 1. First Name | M.I. | Last Name | Suffix (Jr./Sr.) | Relationship to Borrower |
|---|---|---|---|---|
| LEE ANN | | KEEN | | Friend |

| Permanent Street Address | City | State | Zip | Home Telephone Number |
|---|---|---|---|---|
| 507 CALIFORNIA DR | SNOW HILL | NC | 28580 | 252 341-7121 |

| Name of Employer/Company | Employer Telephone Number |
|---|---|
| FULL TIME STUDENT | 252 341-9323 |

| 2. First Name | M.I. | Last Name | Suffix (Jr./Sr.) | Relationship to Borrower |
|---|---|---|---|---|
| MARGUERITE | | EVERETT | | Friend |

| Permanent Street Address | City | State | Zip | Home Telephone Number |
|---|---|---|---|---|
| 1570 HWY 123 SOUTH | SNOW HILL | NC | 28580 | 252 747-2202 |

| Name of Employer/Company | Employer Telephone Number |
|---|---|
| HILLCO, EMPLOYEE BENEFITS | 252 523-1210 |

**Promise to pay:** For value received, I, the undersigned Borrower, promise to pay College Foundation, Inc., the Lender, or its successors and assigns, including any subsequent holder of this Promissory Note (hereinafter "Note"), all of the sums disbursed under this Note plus interest and other charges and fees that may become due as provided in this Note. I am legally obligated, under Section 116-174.1 of the North Carolina General Statutes, for the repayment of this Note even though I may be under eighteen (18) years of age.

I will not sign this Note, or execute it electronically, before reading the entire Note, even if otherwise advised. If I execute this Note electronically, I will not do so before giving the Lender my consent to conduct this loan transaction electronically. Furthermore, my signature, in written or electronic form, certifies that I have read, understand, and agree to the terms and conditions of this Note, including without limitation the Borrower Certifications and Authorizations contained herein, and that the information that I have provided to the Lender is true and accurate to the best of my knowledge and belief. I am executing this Note under seal within the meaning of Section 1-47(2) of the North Carolina General Statutes.

Signature of Borrower   *Lindsey Harris*   [SEAL]   Date 5/3/07

## Surety Information (If required)

| First Name | M.I. | Last Name | Suffix (Jr./Sr.) | Social Security Number |
|---|---|---|---|---|
| PENNY | L | HARRIS | | |

| Permanent Street Address | City | State | Zip | Permanent Telephone Number |
|---|---|---|---|---|
| 1128 HWY 903 SOUTH | SNOW HILL | NC | 28580 | 252 747-3709 |

| Date of Birth | Driver's License Number & State | E-mail Address | U.S. Citizen? |
|---|---|---|---|
| | NC | PENNYH@HILLCO.COM | YES |

| Your Relationship to Borrower | Employer Name | Phone Number |
|---|---|---|
| Parent | HILLCO, EMPLYEE BENEFITS | 252 523-1210 |

**Promise to guarantee:**
For value received, I, the undersigned Surety, guarantee the payment of principal and interest, and any other charges that may become due, under the foregoing Promissory Note, as and when the same shall become due, and of any extension thereof in whole or in part; accept all of the provisions of the Note; authorize the Borrower, without notice to me, to obtain an extension or extensions in whole or in part, and waive protest, demand, and notice of protest; and also agree that in case of nonpayment of principal and interest when due, action may be brought by the Lender, or its successors and assigns, including any subsequent holder of the Promissory Note, against me, at the option of the Lender, its successors and assigns or subsequent holder, whether or not action has been commenced against the Borrower; and agree that in any such action, the Borrower may or may not be joined with me, at the option of the Lender, its successors and assigns or subsequent holder.

I hereby specifically waive the benefits of Sections 26-7 and 26-9 and further waive the suretyship defenses of Section 25-3-605 of the North Carolina General Statutes.

Signature of Surety   *Penny Harris*   [SEAL]   Date 5/3/07

CFI Form N 409 (04/05)b

Exhibit F1



**CFI**
*College Foundation, Inc.*

**Disclosure Statement For EXTRA Education Loan Made By College Foundation, Inc.**

Send communications to: P.O. Box 41950, Raleigh, NC 27629-1950
Send payments to: P.O. Box 41960, Raleigh, NC 27629-1960
Telephone inquiries: 919/821-4743; toll-free 800/722-2838
Visit our Web site: www.CFNC.org

9/23/10

LINDSEY M. HARRIS
2505 PRINCEWOOD ST
RALEIGH, NC  27612-6063

| | |
|---|---|
| | 899479800/1148391 |
| LOAN NUMBER | 7 |
| LOAN TYPE | XTRA |
| CURRENT INTEREST RATE | 3.25% |

This disclosure is based on the current variable interest rate. This rate may change, as explained below.

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | AMOUNT FINANCED<br>The dollar amount of credit provided to you or on your behalf. |
|---|---|---|
| 3.25% | $9,302.92 | $15,000.00 |

| ESTIMATED NUMBER OF PAYMENTS | ESTIMATED AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE<br>On the 10th day of each month | |
|---|---|---|---|
| 354 | $68.00 | beginning | 1/10/11 |
| 1 | $51.36 | beginning | 7/10/40 |

**TOTAL OF PAYMENTS**

1. Unpaid principal balance (as of Disclosure date) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $   14,820.44
2. ADD: Estimated unpaid interest to be capitalized at beginning of Repayment Period. . . . . . . . . . . . $   654.00
3. Estimated interest payable during the Repayment Period . . . . . . . . . . . . . . . . . . . . . . . . . . . . $   8,648.92
4. EQUALS: The amount you will have paid after you have made all payments as scheduled. . . . . . . . . $   24,123.36

**Interest Rate Calculation:** For loans first disbursed prior to July 1, 2008, interest accrues at a variable rate equal to the sum of the Prime Rate plus 0%. For loans first disbursed between July 1, 2008 and June 30, 2009, interest accrues at a variable rate equal to the sum of the 3-month LIBOR plus 3%. For loans first disbursed on or after July 1, 2009, interest accrues at a variable rate equal to the sum of the 3-month LIBOR plus 3%, with a minimum of 7%. The variable rate will change quarterly on the first day of January, April, July and October and will be disclosed on your statement. Adjustments in the variable rate as well as payments made earlier or later than scheduled may cause the total amount to be paid to vary. For example, if your loan was for $15,000.00 at 7.50% for 180 months and the rate increased to 8.00% at the beginning of the second year, your regular payment would increase by $4.06. There are no limits to the amount the interest rate may vary in a single year, with the exception that the rate will never exceed the maximum interest rate allowed by State law.

**Annual Percentage Rate:** The Annual Percentage Rate (APR) shown above is an estimate based upon the current variable interest rate. These rates may increase or decrease over the life of your loan based upon fluctuations in the Prime Rate or 3-month LIBOR, as applicable.

**Prepayment:** You may prepay all or part of the outstanding balance at any time without penalty.

**Late Payment Charges:** If any payment is received by College Foundation, Inc. fifteen (15) days or more after its due date, College Foundation, Inc., to the extent permitted by State law, may bill for a late charge at the maximum rate permitted or $5.00, whichever is less.

**See your Promissory Note for any additional information about monthly payments, collection costs, default and prepayment.**

H204 (04/09)

# Disclosure Statement For EXTRA Education Loan:

- **Prepayment** - You may, at your option and without penalty, prepay all or any part of the principal of the loan(s) at any time. Any prepayment will satisfy outstanding fees first, accrued interest second, and the remainder will prepay principal.

  Because you are responsible for the interest from the date the funds are disbursed, it is to your advantage to begin principal repayment on this loan as early as possible. Prepayment or acceleration of repayment of loan principal will reduce the amount of interest that will accrue.

- **Capitalization of Interest** - This is a process whereby the lender adds accrued, unpaid interest to the principal balance of the loan, in accordance with provisions in your Promissory Note. It is to your advantage to pay all interest as it accrues because the principal balance increases each time interest is capitalized. As a result, capitalization will increase the total interest charges over the life of the loan and may increase your required monthly installment.

- **Payment of Interest** - The amount of the scheduled monthly installment is based upon the assumption that all payments will be made exactly on the scheduled due dates. The total interest payable during the repayment period may be more or less than the amount indicated on this Disclosure, depending upon (1) whether you pay earlier or later than scheduled; (2) whether you take advantage of the option to prepay all or any part of the principal of the loan; (3) quarterly adjustments to the variable interest rate; and (4) capitalization of accrued, unpaid interest.

- **Change of Status** - Notify CFI in writing of any changes occurring in your name, address, or telephone numbers.

- **Forbearance** - If you are unable to make your scheduled payments, CFI may allow you to reduce the amount of your payments or to temporarily stop making payments if you still intend to repay your loan. This agreement is called forbearance. During a period of forbearance, interest charges continue to accrue while you are temporarily permitted to delay or reduce payments. If you are willing, but financially unable, to make payments under your repayment schedule, you may request forbearance to allow for any of the following: (1) a short period during which you make no payments and accrued interest is capitalized; (2) an extension of time for making payments; or (3) a period during which you make smaller payments than were originally scheduled. To receive forbearance, you generally must describe your reasons and may have to provide some additional information for the request.

  If you qualify for a deferment on your FFELP Loan(s), CFI will allow you to stop making payments on your EXTRA Education Loan(s) for the duration of the deferment period.

- **Credit Bureau Reporting** - CFI will report the status of your loan repayment to national credit bureaus monthly. The rating reported will depend on your promptness in making your required monthly installments.

---

**NOTICE:** "Default" occurs when you fail to make payments as required, to provide required documentation, or to honor any other conditions set forth on your Promissory Note. Default is very serious and results in negative credit reports. It may also result in legal action, assessment of collection charges including attorney's fees, and wage garnishment.

---

CFI Form H204 (11/01)b
(reverse)

Exhibit 6

*North Carolina's EXTRA Education*
*Loan Application and Promissory Note*

PO Box 41977
Raleigh, NC 27629-1977
Lender Code 807037

292706 Web



**CFI**
*College Foundation, Inc.*

## Borrower Information

| First Name | M.I. | | Last Name | | | Suffix (Jr./Sr.) | Social Security Number |
|---|---|---|---|---|---|---|---|
| LINDSEY | M | | HARRIS | | | | |

| Permanent Street Address | | City | | State | Zip | | Permanent Telephone Number |
|---|---|---|---|---|---|---|---|
| 1128 HWY 903 SOUTH | | SNOW HILL | | NC | 28580 | | 252  747-3709 |

| Date of Birth | | Driver's License Number & State | | | Requested Loan Amount |
|---|---|---|---|---|---|
| | | | NC | | $ 5,000 |

| Receive E-mail Confirmation? | | E-mail Address |
|---|---|---|
| | | PENNYH@HILLCO.COM |

## Reference Information (Two separate references are required.)

| 1. First Name | M.I. | | Last Name | | | Suffix (Jr./Sr.) | Relationship to Borrower |
|---|---|---|---|---|---|---|---|
| PENNY | L | | HARRIS | | | | Parent |

| Permanent Street Address | | City | | State | Zip | | Home Telephone Number |
|---|---|---|---|---|---|---|---|
| 1128 HWY 903 SOUTH | | SNOW HILL | | NC | 28580 | | 252   321-7121 |

| Name of Employer/Company | | | Employer Telephone Number |
|---|---|---|---|
| HILLCO, LTD. | | | 252   523-1210 |

| 2. First Name | M.I. | | Last Name | | | Suffix (Jr./Sr.) | Relationship to Borrower |
|---|---|---|---|---|---|---|---|
| MARGUERITE | | | EVERETT | | | | Friend |

| Permanent Street Address | | City | | State | Zip | | Home Telephone Number |
|---|---|---|---|---|---|---|---|
| HWY 123 SOUTH | | SNOW HILL | | NC | 28580 | | 252   747-2202 |

| Name of Employer/Company | | | Employer Telephone Number |
|---|---|---|---|
| HILLCO, LTD. | | | 252   523-1210 |

**Promise to pay:** For value received, I, the undersigned Borrower, promise to pay College Foundation, Inc., the Lender, or its successors and assigns, including any subsequent holder of this Promissory Note (hereinafter "Note"), all of the sums disbursed under this Note plus interest and other charges and fees that may become due as provided in this Note. I am legally obligated, under Section 116-174.1 of the North Carolina General Statutes, for the repayment of this Note even though I may be under eighteen (18) years of age.

I will not sign this Note, or execute it electronically, before reading the entire Note, even if otherwise advised. If I execute this Note electronically, I will not do so before giving the Lender my consent to conduct this loan transaction electronically. Furthermore, my signature, in written or electronic form, certifies that I have read, understand, and agree to the terms and conditions of this Note, including without limitation the Borrower Certifications and Authorizations contained herein, and that the information that I have provided to the Lender is true and accurate to the best of my knowledge and belief. I am executing this Note under seal within the meaning of Section 1-47(2) of the North Carolina General Statutes.

Signature of Borrower  *Lindsey M. Harris*   [SEAL]        Date  3-25-08

## Surety Information (If required)

| First Name | M.I. | | Last Name | | | Suffix (Jr./Sr.) | Social Security Number |
|---|---|---|---|---|---|---|---|
| PENNY | L | | HARRIS | | | | |

| Permanent Street Address | | City | | State | Zip | | Permanent Telephone Number |
|---|---|---|---|---|---|---|---|
| 1128 HWY 903 SOUTH | | SNOW HILL | | NC | 28580 | | 252  747-3709 |

| Date of Birth | Driver's License Number & State | | E-mail Address | | U.S. Citizen? |
|---|---|---|---|---|---|
| | | NC | PENNYHARRIS45@YAHOO.COM | | YES |

| Your Relationship to Borrower | Employer Name | | Phone Number |
|---|---|---|---|
| Parent | HILLCO,LTD. | | 252  523-1210 |

**Promise to guarantee:**

For value received, I, the undersigned Surety, guarantee the payment of principal and interest, and any other charges that may become due, under the foregoing Promissory Note, as and when the same shall become due, and of any extension thereof in whole or in part; accept all of the provisions of the Note; authorize the Borrower, without notice to me, to obtain an extension or extensions in whole or in part, and waive protest, demand, and notice of protest; and also agree that in case of nonpayment of principal and interest when due, action may be brought by the Lender, or its successors and assigns, including any subsequent holder of the Promissory Note, against me, at the option of the Lender, its successors and assigns or subsequent holder, whether or not action has been commenced against the Borrower; and agree in any such action, the Borrower may or may not be joined with me, at the option of the Lender, its successors and assigns or subsequent holder.

I hereby specifically waive the benefits of Sections 26-7 and 26-9 and further waive the suretyship defenses of Section 25-3-605 of the North Carolina General Statutes.

Signature of Surety  *Penny L. Harris*   [SEAL]        Date  3-25-08

CFI MAR 2 6 2008

CFI Form N 409 (04/05)b

Exhibit G 1



**Disclosure Statement For EXTRA Education Loan
Made By College Foundation, Inc.**

Send communications to: P.O. Box 41950, Raleigh, NC 27629-1950
Send payments to: P.O. Box 41960, Raleigh, NC 27629-1960
Telephone inquiries: 919/821-4743; toll-free 800/722-2838
Visit our Web site: www.CFNC.org

9/23/10

LINDSEY M. HARRIS
2505 PRINCEWOOD ST
RALEIGH, NC  27612-6063

| | |
|---|---|
| LOAN NUMBER | 899479800/1198546 |
| LOAN TYPE | 8 |
| CURRENT INTEREST RATE | XTRA |
| | 3.25% |

This disclosure is based on the current variable interest rate.  This rate may change, as explained below.

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | AMOUNT FINANCED The dollar amount of credit provided to you or on your behalf. |
|---|---|---|
| 3.25% | $2,964.43 | $4,782.00 |

| ESTIMATED NUMBER OF PAYMENTS | ESTIMATED AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE On the 10th day of each month |
|---|---|---|
| 351 | $22.00 | beginning  1/10/11 |
| 1 | $10.90 | beginning  4/10/40 |

**TOTAL OF PAYMENTS**

1. Unpaid principal balance (as of Disclosure date) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $   4,768.47
2. ADD: Estimated unpaid interest to be capitalized at beginning of Repayment Period. . . . . . . . . . . . . $   210.41
3. Estimated interest payable during the Repayment Period . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $   2,754.02
4. EQUALS: The amount you will have paid after you have made all payments as scheduled. . . . . . . . . $   7,732.90

**Interest Rate Calculation:** For loans first disbursed prior to July 1, 2008, interest accrues at a variable rate equal to the sum of the Prime Rate plus 0%.  For loans first disbursed between July 1, 2008 and June 30, 2009, interest accrues at a variable rate equal to the sum of the 3-month LIBOR plus 3%.  For loans first disbursed on or after July 1, 2009, interest accrues at a variable rate equal to the sum of the 3-month LIBOR plus 3%, with a minimum of 7%. The variable rate will change quarterly on the first day of January, April, July and October and will be disclosed on your statement. Adjustments in the variable rate as well as payments made earlier or later than scheduled may cause the total amount to be paid to vary. For example, if your loan was for $15,000.00 at 7.50% for 180 months and the rate increased to 8.00% at the beginning of the second year, your regular payment would increase by $4.06.  There are no limits to the amount the interest rate may vary in a single year, with the exception that the rate will never exceed the maximum interest rate allowed by State law.

**Annual Percentage Rate:** The Annual Percentage Rate (APR) shown above is an estimate based upon the current variable interest rate. These rates may increase or decrease over the life of your loan based upon fluctuations in the Prime Rate or 3-month LIBOR, as applicable.

**Prepayment:** You may prepay all or part of the outstanding balance at any time without penalty.

**Late Payment Charges:** If any payment is received by College Foundation, Inc. fifteen (15) days or more after its due date, College Foundation, Inc., to the extent permitted by State law, may bill for a late charge at the maximum rate permitted or $5.00, whichever is less.

**See your Promissory Note for any additional information about monthly payments, collection costs, default and prepayment.**

H204 (04/09)

## Disclosure Statement For EXTRA Education Loan:

- **Prepayment** - You may, at your option and without penalty, prepay all or any part of the principal of the loan(s) at any time. Any prepayment will satisfy outstanding fees first, accrued interest second, and the remainder will prepay principal.

  Because you are responsible for the interest from the date the funds are disbursed, it is to your advantage to begin principal repayment on this loan as early as possible. Prepayment or acceleration of repayment of loan principal will reduce the amount of interest that will accrue.

- **Capitalization of Interest** - This is a process whereby the lender adds accrued, unpaid interest to the principal balance of the loan, in accordance with provisions in your Promissory Note. It is to your advantage to pay all interest as it accrues because the principal balance increases each time interest is capitalized. As a result, capitalization will increase the total interest charges over the life of the loan and may increase your required monthly installment.

- **Payment of Interest** - The amount of the scheduled monthly installment is based upon the assumption that all payments will be made exactly on the scheduled due dates. The total interest payable during the repayment period may be more or less than the amount indicated on this Disclosure, depending upon (1) whether you pay earlier or later than scheduled; (2) whether you take advantage of the option to prepay all or any part of the principal of the loan; (3) quarterly adjustments to the variable interest rate; and (4) capitalization of accrued, unpaid interest.

- **Change of Status** - Notify CFI in writing of any changes occurring in your name, address, or telephone numbers.

- **Forbearance** - If you are unable to make your scheduled payments, CFI may allow you to reduce the amount of your payments or to temporarily stop making payments if you still intend to repay your loan. This agreement is called forbearance. During a period of forbearance, interest charges continue to accrue while you are temporarily permitted to delay or reduce payments. If you are willing, but financially unable, to make payments under your repayment schedule, you may request forbearance to allow for any of the following: (1) a short period during which you make no payments and accrued interest is capitalized; (2) an extension of time for making payments; or (3) a period during which you make smaller payments than were originally scheduled. To receive forbearance, you generally must describe your reasons and may have to provide some additional information for the request.

  If you qualify for a deferment on your FFELP Loan(s), CFI will allow you to stop making payments on your EXTRA Education Loan(s) for the duration of the deferment period.

- **Credit Bureau Reporting** - CFI will report the status of your loan repayment to national credit bureaus monthly. The rating reported will depend on your promptness in making your required monthly installments.

---

**NOTICE:** "Default" occurs when you fail to make payments as required, to provide required documentation, or to honor any other conditions set forth on your Promissory Note. Default is very serious and results in negative credit reports. It may also result in legal action, assessment of collection charges including attorney's fees, and wage garnishment.

Exhibit H

*North Carolina's EXTRA Education*
*Loan Application and Promissory Note*

PO Box 41977
Raleigh, NC 27629-1977
Lender Code 807037

323611 Web


CFI
*College Foundation, Inc.*

### Borrower Information

| First Name | M.I. | Last Name | Suffix (Jr./Sr.) | Social Security Number |
|---|---|---|---|---|
| LINDSEY | M | HARRIS | | |

| Permanent Street Address | City | State | Zip | Permanent Telephone Number |
|---|---|---|---|---|
| 1128 HWY 903 SOUTH | SNOW HILL | NC | 28580 | 252  747-3709 |

| Date of Birth | Driver's License Number & State | Requested Loan Amount |
|---|---|---|
| | NC | $ 20,000 |

| Receive E-mail Confirmation? | E-mail Address |
|---|---|
| | PENNYH@HILLCO.COM |

### Reference Information (Two separate references are required.)

| 1. First Name | M.I. | Last Name | Suffix (Jr./Sr.) | Relationship to Borrower |
|---|---|---|---|---|
| MARGUERITE | | EVERETT | | Friend |

| Permanent Street Address | City | State | Zip | Home Telephone Number |
|---|---|---|---|---|
| 1570 HWY  123 SOUTH | SNOW HILL | NC | 28580 | 252    747-2202 |

| Name of Employer/Company | Employer Telephone Number |
|---|---|
| HILLCO. LTD | 252   523-1210 |

| 2. First Name | M.I. | Last Name | Suffix (Jr./Sr.) | Relationship to Borrower |
|---|---|---|---|---|
| LEE ANN | | KEEN | | Friend |

| Permanent Street Address | City | State | Zip | Home Telephone Number |
|---|---|---|---|---|
| 507 CALIFORNIA DRIVE | SNOW HILL | NC | 28580 | 252   341-9323 |

| Name of Employer/Company | Employer Telephone Number |
|---|---|
| LAWYER | 252   341-9323 |

**Promise to pay:** For value received, I, the undersigned Borrower, promise to pay College Foundation, Inc., the Lender, or its successors and assigns, including any subsequent holder of this Promissory Note (hereinafter "Note"), all of the sums disbursed under this Note plus interest and other charges and fees that may become due as provided in this Note. I am legally obligated, under Section 116-174.1 of the North Carolina General Statutes, for the repayment of this Note even though I may be under eighteen (18) years of age.

I will not sign this Note, or execute it electronically, before reading the entire Note, even if otherwise advised. If I execute this Note electronically, I will not do so before giving the Lender my consent to conduct this loan transaction electronically. Furthermore, my signature, in written or electronic form, certifies that I have read, understand, and agree to the terms and conditions of this Note, including without limitation the Borrower Certifications and Authorizations contained herein, and that the information that I have provided to the Lender is true and accurate to the best of my knowledge and belief. I am executing this Note under seal within the meaning of Section 1-47(2) of the North Carolina General Statutes.

Signature of Borrower *Lindsey M. Harris*    [SEAL]    Date  7-15-08

### Surety Information (If required)

| First Name | M.I. | Last Name | Suffix (Jr./Sr.) | Social Security Number |
|---|---|---|---|---|
| PENNY | L | HARRIS | | |

| Permanent Street Address | City | State | Zip | Permanent Telephone Number |
|---|---|---|---|---|
| 1128 HWY 903 SOUTH | SNOW HILL | NC | 28580 | 252   747-3709 |

| Date of Birth | Driver's License Number & State | E-mail Address | U.S. Citizen? |
|---|---|---|---|
| | NC | PENNYHARRIS45@YAHOO.COM | YES |

| Your Relationship to Borrower | Employer Name | Phone Number |
|---|---|---|
| Parent | HILLCO,LTD. | 252   523-1210 |

**Promise to guarantee:**
For value received, I, the undersigned Surety, guarantee the payment of principal and interest, and any other charges that may become due, under the foregoing Promissory Note, as and when the same shall become due, and of any extension thereof in whole or in part; accept all of the provisions of the Note; authorize the Borrower, without notice to me, to obtain an extension or extensions in whole or in part, and waive protest, demand, and notice of protest; and also agree that in case of nonpayment of principal and interest when due, action may be brought by the Lender, or its successors and assigns, including any subsequent holder of the Promissory Note, against me, at the option of the Lender, its successors and assigns or subsequent holder, whether or not action has been commenced against the Borrower; and agree in any such action, the Borrower may or may not be joined with me, at the option of the Lender, its successors and assigns or subsequent holder.

I hereby specifically waive the benefits of Sections 26-7 and 26-9 and further waive the suretyship defenses of Section 25-3-605 of the North Carolina General Statutes.

Signature of Surety *Penny L. Harris*    [SEAL]    Date 7-15-08

CFI  JUN  16 2008

CFI  Form N 409  (03/08) b

Exhibit H 1


*College Foundation, Inc.*

## Disclosure Statement For EXTRA Education Loan Made By College Foundation, Inc.

Send communications to: P.O. Box 41950, Raleigh, NC 27629-1950
Send payments to: P.O. Box 41960, Raleigh, NC 27629-1960
Telephone inquiries: 919/821-4743; toll-free 800/722-2838
Visit our Web site: www.CFNC.org

9/23/10

LINDSEY M. HARRIS
2505 PRINCEWOOD ST
RALEIGH, NC  27612-6063

LOAN NUMBER                899479800/1217562

LOAN TYPE                                              9

CURRENT INTEREST RATE                      XTRA

                                                                3.53%

This disclosure is based on the current variable interest rate.  This rate may change, as explained below.

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | AMOUNT FINANCED The dollar amount of credit provided to you or on your behalf. |
|---|---|---|
| 3.53% | $5,406.69 | $7,818.00 |

| ESTIMATED NUMBER OF PAYMENTS | ESTIMATED AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE On the 10th day of each month |
|---|---|---|
| 356 | $37.00 | beginning    1/10/11 |
| 1 | $36.91 | beginning    9/10/40 |

**TOTAL OF PAYMENTS**

1. Unpaid principal balance (as of Disclosure date) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$        7,802.22
2. ADD: Estimated unpaid interest to be capitalized at beginning of Repayment Period. . . . . . . . . . . . .$          360.93
3. Estimated interest payable during the Repayment Period . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$        5,045.76
4. EQUALS: The amount you will have paid after you  have made all payments as scheduled. . . . . . . . .$       13,208.91

**Interest Rate Calculation:** For loans first disbursed prior to July 1, 2008, interest accrues at a variable rate equal to the sum of the Prime Rate plus 0%. For loans first disbursed between July 1, 2008 and June 30, 2009, interest accrues at a variable rate equal to the sum of the 3-month LIBOR plus 3%. For loans first disbursed on or after July 1, 2009, interest accrues at a variable rate equal to the sum of the 3-month LIBOR plus 3%, with a minimum of  7%. The variable rate will change quarterly on the first day of January, April, July and October and will be disclosed on your statement. Adjustments in the variable rate as well as payments made earlier or later than scheduled may cause the total amount to be paid to vary. For example, if your loan was for $15,000.00 at 7.50% for 180 months and the rate increased to 8.00% at the beginning of the second year, your regular payment would increase by $4.06. There are no limits to the amount the interest rate may vary in a single year, with the exception that the rate will never exceed the maximum interest rate allowed by State law.

**Annual Percentage Rate:** The Annual Percentage Rate (APR) shown above is an estimate based upon the current variable interest rate. These rates may increase or decrease over the life of your loan based upon fluctuations in the Prime Rate or 3-month LIBOR, as applicable.

**Prepayment:** You may prepay all or part of the outstanding balance at any time without penalty.

**Late Payment Charges:** If any payment is received by College Foundation, Inc. fifteen (15) days or more after its due date, College Foundation, Inc., to the extent permitted by State law, may bill a late charge at the maximum rate permitted or $5.00, whichever is less.

**See your Promissory Note for any additional information about monthly payments, collection costs, default and prepayment.**

H204  (04/09)

## Disclosure Statement For EXTRA Education Loan:

- **Prepayment** - You may, at your option and without penalty, prepay all or any part of the principal of the loan(s) at any time. Any prepayment will satisfy outstanding fees first, accrued interest second, and the remainder will prepay principal.

  Because you are responsible for the interest from the date the funds are disbursed, it is to your advantage to begin principal repayment on this loan as early as possible. Prepayment or acceleration of repayment of loan principal will reduce the amount of interest that will accrue.

- **Capitalization of Interest** - This is a process whereby the lender adds accrued, unpaid interest to the principal balance of the loan, in accordance with provisions in your Promissory Note. It is to your advantage to pay all interest as it accrues because the principal balance increases each time interest is capitalized. As a result, capitalization will increase the total interest charges over the life of the loan and may increase your required monthly installment.

- **Payment of Interest** - The amount of the scheduled monthly installment is based upon the assumption that all payments will be made exactly on the scheduled due dates. The total interest payable during the repayment period may be more or less than the amount indicated on this Disclosure, depending upon (1) whether you pay earlier or later than scheduled; (2) whether you take advantage of the option to prepay all or any part of the principal of the loan; (3) quarterly adjustments to the variable interest rate; and (4) capitalization of accrued, unpaid interest.

- **Change of Status** - Notify CFI in writing of any changes occurring in your name, address, or telephone numbers.

- **Forbearance** - If you are unable to make your scheduled payments, CFI may allow you to reduce the amount of your payments or to temporarily stop making payments if you still intend to repay your loan. This agreement is called forbearance. During a period of forbearance, interest charges continue to accrue while you are temporarily permitted to delay or reduce payments. If you are willing, but financially unable, to make payments under your repayment schedule, you may request forbearance to allow for any of the following: (1) a short period during which you make no payments and accrued interest is capitalized; (2) an extension of time for making payments; or (3) a period during which you make smaller payments than were originally scheduled. To receive forbearance, you generally must describe your reasons and may have to provide some additional information for the request.

  If you qualify for a deferment on your FFELP Loan(s), CFI will allow you to stop making payments on your EXTRA Education Loan(s) for the duration of the deferment period.

- **Credit Bureau Reporting** - CFI will report the status of your loan repayment to national credit bureaus monthly. The rating reported will depend on your promptness in making your required monthly installments.

> **NOTICE:** "Default" occurs when you fail to make payments as required, to provide required documentation, or to honor any other conditions set forth on your Promissory Note. Default is very serious and results in negative credit reports. It may also result in legal action, assessment of collection charges including attorney's fees, and wage garnishment.



*North Carolina's EXTRA Education*
*Loan Application and Promissory Note*

PO Box 41977
Raleigh, NC 27629-1977
Lender Code 807037

349117 Web

**CFI**
*College Foundation, Inc.*

### Borrower Information

| First Name | M.I. | Last Name | Suffix (Jr./Sr.) | Social Security Number |
|---|---|---|---|---|
| LINDSEY | M | HARRIS | | |

| Permanent Street Address | City | State | Zip | Permanent Telephone Number |
|---|---|---|---|---|
| 1128 HWY 903 SOUTH | SNOW HILL | NC | 28580 | 252  747-3709 |

| Date of Birth | Driver's License Number & State | Requested Loan Amount |
|---|---|---|
| | NC | $ 50,000 |

| Receive E-mail Confirmation? | E-mail Address |
|---|---|
| | PENNYH@HILLCO.COM |

### Reference Information (Two separate references are required.)

**1.**

| First Name | M.I. | Last Name | Suffix (Jr./Sr.) | Relationship to Borrower |
|---|---|---|---|---|
| MARGUERITE | | EVERETT | | Friend |

| Permanent Street Address | City | State | Zip | Home Telephone Number |
|---|---|---|---|---|
| 1570 HWY 123 SOUTH | SNOW HILL | NC | 28580 | 252  747-2202 |

| Name of Employer/Company | Employer Telephone Number |
|---|---|
| HILLCO. LTD. | 252  523-1210 |

**2.**

| First Name | M.I. | Last Name | Suffix (Jr./Sr.) | Relationship to Borrower |
|---|---|---|---|---|
| LEE ANN | | KEEN | | Friend |

| Permanent Street Address | City | State | Zip | Home Telephone Number |
|---|---|---|---|---|
| 507 CALIFORNIA DR | SNOW HILL | NC | 28580 | 252  341-9323 |

| Name of Employer/Company | Employer Telephone Number |
|---|---|
| LAWYER | 252  341-9323 |

**Promise to pay:** For value received, I, the undersigned Borrower, promise to pay College Foundation, Inc., the Lender, or its successors and assigns, including any subsequent holder of this Promissory Note (hereinafter "Note"), all of the sums disbursed under this Note plus interest and other charges and fees that may become due as provided in this Note. I am legally obligated, under Section 116-174.1 of the North Carolina General Statutes, for the repayment of this Note even though I may be under eighteen (18) years of age.

I will not sign this Note, or execute it electronically, before reading the entire Note, even if otherwise advised. If I execute this Note electronically, I will not do so before giving the Lender my consent to conduct this loan transaction electronically. Furthermore, my signature, in written or electronic form, certifies that I have read, understand, and agree to the terms and conditions of this Note, including without limitation the Borrower Certifications and Authorizations contained herein, and that the information that I have provided to the Lender is true and accurate to the best of my knowledge and belief. I am executing this Note under seal within the meaning of Section 1-47(2) of the North Carolina General Statutes.

Signature of Borrower _Lindsey M. Harris_ [SEAL]   Date 8-26-08

### Surety Information (If required)

| First Name | M.I. | Last Name | Suffix (Jr./Sr.) | Social Security Number |
|---|---|---|---|---|
| PENNY | L | HARRIS | | |

| Permanent Street Address | City | State | Zip | Permanent Telephone Number |
|---|---|---|---|---|
| 1128 HWY 903 SOUTH | SNOW HILL | NC | 28580 | 252  747-3709 |

| Date of Birth | Driver's License Number & State | E-mail Address | U.S. Citizen? |
|---|---|---|---|
| | NC | PENNYH@HILLCO.COM | YES |

| Your Relationship to Borrower | Employer Name | Phone Number |
|---|---|---|
| Parent | HILLCO. LTD | 252  523-1210 |

**Promise to guarantee:**

For value received, I, the undersigned Surety, guarantee the payment of principal and interest, and any other charges that may become due, under the foregoing Promissory Note, as and when the same shall become due, and of any extension thereof in whole or in part; accept all of the provisions of the Note; authorize the Borrower, without notice to me, to obtain an extension or extensions in whole or in part, and waive protest, demand, and notice of protest; and also agree that in case of nonpayment of principal and interest when due, action may be brought by the Lender, or its successors and assigns, including any subsequent holder of the Promissory Note, against me, at the option of the Lender, its successors and assigns or subsequent holder, whether or not action has been commenced against the Borrower; and agree in any such action, the Borrower may or may not be joined with me, at the option of the Lender, its successors and assigns or subsequent holder.

I hereby specifically waive the benefits of Sections 26-7 and 26-9 and further waive the suretyship defenses of Section 25-3-605 of the North Carolina General Statutes.

Signature of Surety _Penny L. Harris_ [SEAL]   Date 8-26-08

CFI Form N 409  (03/08) b

CFI AUG 2 9 2008

Exhibit I 1



**CFI®**
*College Foundation, Inc.*

**Disclosure Statement For EXTRA Education Loan Made By College Foundation, Inc.**

Send communications to: P.O. Box 41950, Raleigh, NC 27629-1950
Send payments to: P.O. Box 41960, Raleigh, NC 27629-1960
Telephone inquiries: 919/821-4743; toll-free 800/722-2838
Visit our Web site: www.CFNC.org

9/23/10

LINDSEY M. HARRIS
2505 PRINCEWOOD ST
RALEIGH, NC  27612-6063

| | |
|---|---|
| LOAN NUMBER | 899479800/1236142 |
| LOAN TYPE | 10 XTRA |
| CURRENT INTEREST RATE | 3.53% |

This disclosure is based on the current variable interest rate.  This rate may change, as explained below.

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | AMOUNT FINANCED The dollar amount of credit provided to you or on your behalf. |
|---|---|---|
| 3.53% | $5,435.87 | $7,818.00 |

| ESTIMATED NUMBER OF PAYMENTS | ESTIMATED AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE On the 10th day of each month |
|---|---|---|
| 358 | $37.00 | beginning    1/10/11 |
| 1 | $6.71 | beginning    11/10/40 |

**TOTAL OF PAYMENTS**

1. Unpaid principal balance (as of Disclosure date) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$        7,816.84
2. ADD: Estimated unpaid interest to be capitalized at beginning of Repayment Period. . . . . . . . . . . . .$          361.61
3. Estimated interest payable during the Repayment Period . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$        5,074.26
4. EQUALS: The amount you will have paid after you  have made all payments as scheduled. . . . . . . . .$       13,252.71

**Interest Rate Calculation:** For loans first disbursed prior to July 1, 2008, interest accrues at a variable rate equal to the sum of the Prime Rate plus 0%.  For loans first disbursed between July 1, 2008 and June 30, 2009, interest accrues at a variable rate equal to the sum of the 3-month LIBOR plus 3%.  For loans first disbursed on or after July 1, 2009, interest accrues at a variable rate equal to the sum of the 3-month LIBOR plus 3%, with a minimum of 7%. The variable rate will change quarterly on the first day of January, April, July and October and will be disclosed on your statement. Adjustments in the variable rate as well as payments made earlier or later than scheduled may cause the total amount to be paid to vary. For example, if your loan was for $15,000.00 at 7.50% for 180 months and the rate increased to 8.00% at the beginning of the second year, your regular payment would increase by $4.06. There are no limits to the amount the interest rate may vary in a single year, with the exception that the rate will never exceed the maximum interest rate allowed by State law.

**Annual Percentage Rate:** The Annual Percentage Rate (APR) shown above is an estimate based upon the current variable interest rate. These rates may increase or decrease over the life of your loan based upon fluctuations in the Prime Rate or 3-month LIBOR, as applicable.

**Prepayment:**  You may prepay all or part of the outstanding balance at any time without penalty.

**Late Payment Charges:**  If any payment is received by College Foundation, Inc. fifteen (15) days or more after its due date, College Foundation, Inc., to the extent permitted by State law, may bill for a late charge at the maximum rate permitted or $5.00, whichever is less.

**See your Promissory Note for any additional information about monthly payments, collection costs, default and prepayment.**

H204 (04/09)

## Disclosure Statement For EXTRA Education Loan:

- **Prepayment** - You may, at your option and without penalty, prepay all or any part of the principal of the loan(s) at any time. Any prepayment will satisfy outstanding fees first, accrued interest second, and the remainder will prepay principal.

  Because you are responsible for the interest from the date the funds are disbursed, it is to your advantage to begin principal repayment on this loan as early as possible. Prepayment or acceleration of repayment of loan principal will reduce the amount of interest that will accrue.

- **Capitalization of Interest** - This is a process whereby the lender adds accrued, unpaid interest to the principal balance of the loan, in accordance with provisions in your Promissory Note. It is to your advantage to pay all interest as it accrues because the principal balance increases each time interest is capitalized. As a result, capitalization will increase the total interest charges over the life of the loan and may increase your required monthly installment.

- **Payment of Interest** - The amount of the scheduled monthly installment is based upon the assumption that all payments will be made exactly on the scheduled due dates. The total interest payable during the repayment period may be more or less than the amount indicated on this Disclosure, depending upon (1) whether you pay earlier or later than scheduled; (2) whether you take advantage of the option to prepay all or any part of the principal of the loan; (3) quarterly adjustments to the variable interest rate; and (4) capitalization of accrued, unpaid interest.

- **Change of Status** - Notify CFI in writing of any changes occurring in your name, address, or telephone numbers.

- **Forbearance** - If you are unable to make your scheduled payments, CFI may allow you to reduce the amount of your payments or to temporarily stop making payments if you still intend to repay your loan. This agreement is called forbearance. During a period of forbearance, interest charges continue to accrue while you are temporarily permitted to delay or reduce payments. If you are willing, but financially unable, to make payments under your repayment schedule, you may request forbearance to allow for any of the following: (1) a short period during which you make no payments and accrued interest is capitalized; (2) an extension of time for making payments; or (3) a period during which you make smaller payments than were originally scheduled. To receive forbearance, you generally must describe your reasons and may have to provide some additional information for the request.

  If you qualify for a deferment on your FFELP Loan(s), CFI will allow you to stop making payments on your EXTRA Education Loan(s) for the duration of the deferment period.

- **Credit Bureau Reporting** - CFI will report the status of your loan repayment to national credit bureaus monthly. The rating reported will depend on your promptness in making your required monthly installments.

---

**NOTICE:** "Default" occurs when you fail to make payments as required, to provide required documentation, or to honor any other conditions set forth on your Promissory Note. Default is very serious and results in negative credit reports. It may also result in legal action, assessment of collection charges including attorney's fees, and wage garnishment.

CFI Form H204 (11/01)b
(reverse)

Exhibit J

*North Carolina's EXTRA Education*
*Loan Application and Promissory Note*

374748 Web

PO Box 41977
Raleigh, NC 27629-1977
Lender Code 807037



**CFI**
*College Foundation, Inc.*

### Borrower Information

| First Name | M.I. | Last Name | Suffix (Jr./Sr.) | Social Security Number |
|---|---|---|---|---|
| LINDSEY | M | HARRIS | | |

| Permanent Street Address | City | State | Zip | Permanent Telephone Number |
|---|---|---|---|---|
| 1128 HWY 903 SOUTH | SNOW HILL | NC | 28580 | 252 747-3709 |

| Date of Birth | Driver's License Number & State | Requested Loan Amount |
|---|---|---|
| | NC | $ 15,000 |

| Receive E-mail confirmation? | E-mail Address |
|---|---|
| | PENNYH@HILLCO.COM |

### Reference Information (Two separate references are required.)

| 1. First Name | M.I. | Last Name | Suffix (Jr./Sr.) | Relationship to Borrower |
|---|---|---|---|---|
| MARGUERITE | | EVERETT | | Friend |

| Permanent Street Address | City | State | Zip | Home Telephone Number |
|---|---|---|---|---|
| 1570 HWY 123 SOUTH | SNOW HILL | NC | 28580 | 252 747-2202 |

| Name of Employer/Company | Employer Telephone Number |
|---|---|
| HILLCO, LTD. | 252 523-1210 |

| 2. First Name | M.I. | Last Name | Suffix (Jr./Sr.) | Relationship to Borrower |
|---|---|---|---|---|
| LEE ANN | | KEEN | | Friend |

| Permanent Street Address | City | State | Zip | Home Telephone Number |
|---|---|---|---|---|
| 507 CALIFORNIA DRIVE | SNOW HILL | NC | 28580 | 252 341-9323 |

| Name of Employer/Company | Employer Telephone Number |
|---|---|
| LAWYER | 252 341-9323 |

**Promise to pay:** For value received, I, the undersigned Borrower, promise to pay College Foundation, Inc., the Lender, or its successors and assigns, including any subsequent holder of this Promissory Note (hereinafter "Note"), all of the sums disbursed under this Note plus interest and other charges and fees that may become due as provided in this Note. I am legally obligated, under Section 116-174.1 of the North Carolina General Statutes, for the repayment of this Note even though I may be under eighteen (18) years of age.

I will not sign this Note, or execute it electronically, before reading the entire Note, even if otherwise advised. If I execute this Note electronically, I will not do so before giving the Lender my consent to conduct this loan transaction electronically. Furthermore, my signature, in written or electronic form, certifies that I have read, understand, and agree to the terms and conditions of this Note, including without limitation the Borrower Certifications and Authorizations contained herein, and that the information that I have provided to the Lender is true and accurate to the best of my knowledge and belief. I am executing this Note under seal within the meaning of Section 1-47(2) of the North Carolina General Statutes.

Signature of Borrower *Lindsey M. Harris*   [SEAL]   Date 3/24/09

### Surety Information (If required)

| First Name | M.I. | Last Name | Suffix (Jr./Sr.) | Social Security Number |
|---|---|---|---|---|
| PENNY | L | HARRIS | | |

| Permanent Street Address | City | State | Zip | Permanent Telephone Number |
|---|---|---|---|---|
| 1128 HWY 903 SOUTH | SNOW HILL | NC | 28580 | 252 747-3709 |

| Date of Birth | Driver's License Number & State | E-mail Address | U.S. Citizen? |
|---|---|---|---|
| | NC | PENNYH@HILLCO.COM | YES |

| Your Relationship to Borrower | Employer Name | Phone Number |
|---|---|---|
| Parent | HILLCO. LTD | 252 523-1210 |

**Promise to guarantee:**
For value received, I, the undersigned Surety, guarantee the payment of principal and interest, and any other charges that may become due, under the foregoing Promissory Note, as and when the same shall become due, and of any extension thereof in whole or in part; accept all of the provisions of the Note; authorize the Borrower, without notice to me, to obtain an extension or extensions in whole or in part, and waive protest, demand, and notice of protest; and also agree that in case of nonpayment of principal and interest when due, action may be brought by the Lender, or its successors and assigns, including any subsequent holder of the Promissory Note, against me, at the option of the Lender, its successors and assigns or subsequent holder, whether or not action has been commenced against the Borrower; and agree in any such action, the Borrower may or may not be joined with me, at the option of the Lender, its successors and assigns or subsequent holder.

I hereby specifically waive the benefits of Sections 26-7 and 26-9 and further waive the suretyship defenses of Section 25-3-605 of the North Carolina General Statutes.

Signature of Surety *Penny L. Harris*   [SEAL]   Date 3/24/09

REC'D CFI MAR 25 2009

CFI Form N 409  (03/08)b

Exhibit J1



## Disclosure Statement For EXTRA Education Loan Made By College Foundation, Inc.

Send communications to: P.O. Box 41950, Raleigh, NC 27629-1950
Send payments to: P.O. Box 41960, Raleigh, NC 27629-1960
Telephone inquiries: 919/821-4743; toll-free 800/722-2838
Visit our Web site: www.CFNC.org

9/23/10

LINDSEY M. HARRIS
2505 PRINCEWOOD ST
RALEIGH, NC  27612-6063

| | |
|---|---|
| | 899479800/1257526 |
| LOAN NUMBER | |
| | 11 |
| LOAN TYPE | |
| | XTRA |
| CURRENT INTEREST RATE | |
| | 3.53% |

This disclosure is based on the current variable interest rate.  This rate may change, as explained below.

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | AMOUNT FINANCED The dollar amount of credit provided to you or on your behalf. |
|---|---|---|
| 3.53% | $5,032.05 | $7,339.00 |

| ESTIMATED NUMBER OF PAYMENTS | ESTIMATED AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE On the 10th day of each month |
|---|---|---|
| 353 | $35.00 | beginning    1/10/11 |
| 1 | $15.79 | beginning    6/10/40 |

### TOTAL OF PAYMENTS

1. Unpaid principal balance (as of Disclosure date) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$       7,338.74
2. ADD: Estimated unpaid interest to be capitalized at beginning of Repayment Period. . . . . . . . . . . . .$       339.50
3. Estimated interest payable during the Repayment Period . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$       4,692.55
4. EQUALS: The amount you will have paid after you  have made all payments as scheduled. . . . . . . . .$   12,370.79

**Interest Rate Calculation:** For loans first disbursed prior to July 1, 2008, interest accrues at a variable rate equal to the sum of the Prime Rate plus 0%. For loans first disbursed between July 1, 2008 and June 30, 2009, interest accrues at a variable rate equal to the sum of the 3-month LIBOR plus 3%.  For loans first disbursed on or after July 1, 2009, interest accrues at a variable rate equal to the sum of the 3-month LIBOR plus 3%, with a minimum of 7%. The variable rate will change quarterly on the first day of January, April, July and October and will be disclosed on your statement. Adjustments in the variable rate as well as payments made earlier or later than scheduled may cause the total amount to be paid to vary. For example, if your loan was for $15,000.00 at 7.50% for 180 months and the rate increased to 8.00% at the beginning of the second year, your regular payment would increase by $4.06.  There are no limits to the amount the interest rate may vary in a single year, with the exception that the rate will never exceed the maximum interest rate allowed by State law.

**Annual Percentage Rate:** The Annual Percentage Rate (APR) shown above is an estimate based upon the current variable interest rate. These rates may increase or decrease over the life of your loan based upon fluctuations in the Prime Rate or 3-month LIBOR, as applicable.

**Prepayment:** You may prepay all or part of the outstanding balance at any time without penalty.

**Late Payment Charges:**  If any payment is received by College Foundation, Inc. fifteen (15) days or more after its due date, College Foundation, Inc., to the extent permitted by State law, may bill for a late charge at the maximum rate permitted or $5.00, whichever is less.

**See your Promissory Note for any additional information about monthly payments, collection costs, default and prepayment.**

H204 (04/09)

## Disclosure Statement For EXTRA Education Loan:

- **Prepayment** - You may, at your option and without penalty, prepay all or any part of the principal of the loan(s) at any time. Any prepayment will satisfy outstanding fees first, accrued interest second, and the remainder will prepay principal.

  Because you are responsible for the interest from the date the funds are disbursed, it is to your advantage to begin principal repayment on this loan as early as possible. Prepayment or acceleration of repayment of loan principal will reduce the amount of interest that will accrue.

- **Capitalization of Interest** - This is a process whereby the lender adds accrued, unpaid interest to the principal balance of the loan, in accordance with provisions in your Promissory Note. It is to your advantage to pay all interest as it accrues because the principal balance increases each time interest is capitalized. As a result, capitalization will increase the total interest charges over the life of the loan and may increase your required monthly installment.

- **Payment of Interest** - The amount of the scheduled monthly installment is based upon the assumption that all payments will be made exactly on the scheduled due dates. The total interest payable during the repayment period may be more or less than the amount indicated on this Disclosure, depending upon (1) whether you pay earlier or later than scheduled; (2) whether you take advantage of the option to prepay all or any part of the principal of the loan; (3) quarterly adjustments to the variable interest rate; and (4) capitalization of accrued, unpaid interest.

- **Change of Status** - Notify CFI in writing of any changes occurring in your name, address, or telephone numbers.

- **Forbearance** - If you are unable to make your scheduled payments, CFI may allow you to reduce the amount of your payments or to temporarily stop making payments if you still intend to repay your loan. This agreement is called forbearance. During a period of forbearance, interest charges continue to accrue while you are temporarily permitted to delay or reduce payments. If you are willing, but financially unable, to make payments under your repayment schedule, you may request forbearance to allow for any of the following: (1) a short period during which you make no payments and accrued interest is capitalized; (2) an extension of time for making payments; or (3) a period during which you make smaller payments than were originally scheduled. To receive forbearance, you generally must describe your reasons and may have to provide some additional information for the request.

  If you qualify for a deferment on your FFELP Loan(s), CFI will allow you to stop making payments on your EXTRA Education Loan(s) for the duration of the deferment period.

- **Credit Bureau Reporting** - CFI will report the status of your loan repayment to national credit bureaus monthly. The rating reported will depend on your promptness in making your required monthly installments.

---

**NOTICE:** "Default" occurs when you fail to make payments as required, to provide required documentation, or to honor any other conditions set forth on your Promissory Note. Default is very serious and results in negative credit reports. It may also result in legal action, assessment of collection charges including attorney's fees, and wage garnishment.

---

CFI Form H204 (11/01)b
(reverse)