B256 (Form 256 – Subpoena in a Case under the Bankruptcy Code) (12/07)

# UNITED STATES BANKRUPTCY COURT
Eastern District of North Carolina

In re
**LINDSEY MICHELLE HARRIS**

Debtor

SUBPOENA IN A CASE UNDER
THE BANKRUPTCY CODE

Case No. * 11-00133-8-JRL

Chapter 13

To: PENNY L. HARRIS
1128 Hwy 903 South
Snow Hill, NC 28580

YOU ARE COMMANDED to appear in the United States Bankruptcy Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| EDNC Bankruptcy Court<br>300 Fayetteville Street<br>Raleigh, NC 27602 | 3rd Floor |
| | DATE AND TIME<br>August 10, 2011 at 11:00am |

YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this proceeding that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Rule 30(b)(6), Federal Rules of Civil Procedure, made applicable in bankruptcy cases and proceedings by Rules 1018, 7030, and 9014, Federal Rules of Bankruptcy Procedure.

| ISSUING OFFICER SIGNATURE AND TITLE<br>[signature] Assistant AG | DATE<br>7/13/11 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS, AND PHONE NUMBER
Brent D. Kiziah, Assistant Attorney General
P.O. Box 12812, Research Triangle Park, NC 27709-2812  (919) 549-8614

* If the bankruptcy case is pending in a district other than the district in which the subpoena is issued, state the district under the case number.