**SO ORDERED.**

**SIGNED this 24 day of May, 2012.**

_____
J. Rich Leonard
United States Bankruptcy Judge

_____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

| | |
|---|---|
| IN RE:<br>**LINDSEY MICHELLE HARRIS,**<br>**DEBTOR.**<br>Address: 2505 Princewood Street<br>Raleigh, NC<br>SSN: xxx-xx-8186 | **CASE NO. 11-00133-8-JRL**<br>**CHAPTER 13** |

## ORDER GRANTING MOTION BY DEBTOR TO MODIFY CHAPTER 13 PLAN AFTER CONFIRMATION

To The Honorable United States Bankruptcy Court Judge Presiding:

Came on for consideration by this court the Motion To Modify Chapter 13 Plan After Confirmation (the "**Motion**") filed by Lindsey Michelle Harris (the "**Debtor**") and the court being of the opinion the Motion should be granted, it is therefore,

Ordered the Debtor pay $4,485.00 through April, 2012, and $83.00 beginning May, 2012 until plan is paid in full; it is further,

Ordered that any and all previously granted attorney fees are included in the modified plan; it is further,

Ordered that general unsecured creditors shall receive a distribution of 0%; it is further,

Ordered that regardless of the plan as modified, this Chapter 13 plan will be deemed completed and shall terminate and a discharge shall be entered, at the earlier of, the expiration of said duration or the payment in full of: (A) the claims, proposed to be paid "inside" the plan, to the extent "allowed": (i) arrearage claims on secured debts, (ii) secured claims (not including those to be paid "outside" the plan, (iii) unsecured priority claims, (iv) cosign protected claims (only where the Debtors propose such treatment), plus (B) The required dividend to unsecured, non-priority creditors, if any is required by 11 U.S.C. 1325(b), plus (C) all administrative claims.

END OF DOCUMENT